IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

BRUNSON COMMUNICATIONS, INC.    :
                                :
        Plaintiff,               :
                                : Civil Action No.: 02 CV.3223
        V.                       :
ARBITRON, INC.                   :
                                :
        Defendant.               :

---

**PLAINTIFF S RESPONSE TO DEFENDANT S MOTION TO DISMISS**

Plaintiff, Brunson Communications, Inc., has filed an amended Complaint pursuant to F.R.Civ.P. 15 (a). By submitting this amended Complaint, defendant s motion to dismiss is mooted.

Wherefore, plaintiff requests that the court deny defendant s motion to dismiss the Complaint as moot.

_____

ROBERT J. SUGARMAN,
Counsel for Plaintiff

Dated: July ___, 2002

SUGARMAN & ASSOCIATES
11th Floor Robert Morris Bldg
100 North 17th Street
Philadelphia, PA 19103
215-864-2500