**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRUNSON COMMUNICATIONS INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO.  02-CV-3223** |
| v. | : | |
| | : | |
| **ABRITRON, INC.** | : | |
| | : | |
| **Defendant,** | : | |
| | : | |

**ORDER**

     **AND NOW**, this 17th day of July 2002, upon consideration of Defendant's Motion to Extend the Time to Respond to Plaintiff's Complaint (Doc. 3) and Plaintiff's response thereto (Doc. 4), **IT IS HEREBY ORDERED and DECREED** that Defendant's Motion is **GRANTED**. Defendant shall file its answer to plaintiff's complaint on or before **Monday, July 29, 2002**.

                                                           **BY THE COURT:**

                                                           **Hon. Petrese B. Tucker, U.S.D.J.**