## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- x
BRUNSON COMMUNICATIONS, INC           :
                                      :
       *Plaintiff*,               :
                                      : Civil Action No.:  02 CV. 3223
    v.                              :
                                      :
ARBITRON, INC.                        :
                                      :
       *Defendant*.              :
---------------------------------------------------------------- x

## STIPULATION EXTENDING TIME

WHEREAS Defendant Arbitron, Inc. previously filed a motion to dismiss the original complaint for failure to state a claim, and

WHEREAS Plaintiff Brunson Communications, Inc. ("Brunson") filed an Amended Complaint as of right, rendering Arbitron's motion to dismiss moot;

WHEREAS no prior extensions of time have been granted or requested in connection with the subject matter of this Stipulation.  Now therefore,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all of the parties hereto, as follows:

1.  Defendant Arbitron shall have until and including August 22, 2002, within which to answer or otherwise respond to Brunson's Amended Complaint.

2.  Plaintiff Brunson shall have until twenty-one (21) days after service to respond to any motion to dismiss the Amended

3.  No discovery shall be sought or take place until after September 15, 2002.

Date:  August 7, 2002

| **SUGARMAN & ASSOCIATES** | **SPECTOR GADON & ROSEN, P.C.** |
|---|---|
| By: /s/ Robert J. Sugarman | By: /s/ David B. Picker |
| Robert J. Sugarman, Eq. | David B. Picker, Esq. |
| 11th Floor, Robert Morris Building | 7 Penn Center |
| 100 North 17th Street | 1635 Market Street, 7th Floor |
| Philadelphia, PA  19103 | Philadelphia, PA  19103 |
| (215) 864-2500 / FAX- (215) 864-2501 | (215) 241-8888 / (215) 241-8844 (Fax) |
| Attorneys for Plaintiff Brunson | and |
| | Alfred Fabricant, Esq. |
| | Marc Lieberstein, Esq. |
| | OSTROLENK, FABER, GERB & SOFFEN, LLP |
| | 1180 Avenue of the Americas |
| | New York, New York 10036 |
| | (212) 382-0700 / FAX- (212) 382-0888 |
| | |
| | Attorneys for Defendant Arbitron |

APPROVED and SO ORDERED:

_____
         MICHAEL J. BAYLSON, U.S.D.J.

F:\27745\001\pleadings\ExtendStip.wpd