IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------- x
**BRUNSON COMMUNICATIONS, INC.**, :
:
*Plaintiff*, :
: Civil Action No.: **02 CV. 3223** (MJB)
v. :
:
**ARBITRON, INC.**, :
:
*Defendant*. :
------------------------------------------------------------------- x

## DEFENDANT'S MOTION TO DISMISS
## AMENDED COMPLAINT PURSUANT TO F.R.CIV.P. 12(b)(6)

Defendant Arbitron, Inc., by its undersigned attorneys, hereby moves this Court for an Order, pursuant to F.R.Civ.P. 12(b)(6), dismissing Plaintiff's Amended Complaint with prejudice. The grounds for said Motion are that the Complaint fails to allege facts upon which relief can be granted as a matter of law. In support of its said Motion, Defendant incorporates the facts and argument set forth in its attached Memorandum of Law and the Declaration of Marshall Snyder, with Exhibits.

Defendant requests oral argument of this Motion.

Respectfully submitted,

**SPECTOR GADON & ROSEN, P.C.**

Date:  August 22, 2002

By: _____
David B. Picker, Esq.
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888 / (215) 241-8844 (Fax)

                                        Alfred Fabricant
                                        Marc Lieberstein
                                        OSTROLENK, FABER, GERB &
                                            SOFFEN, LLP
                                        1180 Avenue of the Americas
                                      New York, New York 10036
                                      Tel.:  (212) 382-0700
                                      Fax:  (212) 382-0888

                                      Attorneys for Defendant Arbitron, Inc.

F:\27745\001\pleadings\DismissAmCplt.mot.wpd

Case 2:02-cv-03223-MMB    Document 16    Filed 08/22/2002    Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

**BRUNSON COMMUNICATIONS, INC.**, :
:
    *Plaintiff*, :
: Civil Action No.: **02 CV. 3223** (MJB
    v. :
:
**ARBITRON, INC.**, :
:
    *Defendant*. :

---

## O R D E R

AND NOW, this ____ day of _____, 2002, upon consideration of Defendant Arbitron, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.Civ.P. 12(b)(6), and Plaintiff's opposition thereto, it is hereby

ORDERED, ADJUDGED and DECREED that said motion is GRANTED, the within action be, and the same hereby is, DISMISSED with prejudice for failure to state a claim.

BY THE COURT:

_____
MICHAEL J. BAYLSON, U.S.D.J.