## CERTIFICATE OF SERVICE

DAVID B. PICKER hereby certifies that a true copy of the foregoing **MOTION TO DISMISS AMENDED COMPLAINT, WITH SUPPORTING MEMORANDUM OF LAW, DECLARATION OF MARSHALL SNYDER** with exhibits**, AND APPENDIX,** was served by postage-prepaid First Class U.S. Mail, on this **22**$^{nd}$ day of **August**, 2002, upon Plaintiff's counsel, as follows:

> Robert J. Sugarman, Esq.
> Sugarman & Associates
> 11th Floor, Robert Morris Building
> 100 North 17th Street
> Philadelphia, PA  19103

_____
David B. Picker

F:\27745\001\pleadings\CertServ8-22.wpd