## CERTIFICATE OF SERVICE

I,I, Heather R. Brinton, I, Heather R. Brinton, certify tI, Heather R. Brinton, certify that I have ma

DefendanDefendant sDefendant s Motion to Dismiss Amended Complaint to the following by first class mail, p

prepaid on this date to the following:

Alfred Fabricant, Esquire
Marc Lieberstein, Esquire
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, NY 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888


Bruce Bellingham, Esquire
David B. Picker, Esquire
Spector, Gadon & Rosen, P.C.
7 Penn Center
1635 Market Street, 7th Flr.
Philadelphia, PA   19103
Telephone: (215) 888
Facismile: (215) 241-8844

_____
HEATHER R. BRINTON

Dated: September 16, 2002