```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

BRUNSON COMMUNICATIONS, INC.,          :
                            Plaintiff :
                                :   NO. 02-CV-3223
    v.                                :
                                :
ARBITRON, INC.,                        :
                            Defendant :

### PRAECIPE TO ATTACH

**TO THE PROTHONOTARY:**

    Please attach Exhibit C to the Plaintiff's Response to Defendant's Motion to Dismiss Amended Complaint.

                                        _____
                                        **ROBERT J. SUGARMAN**

**OF COUNSEL:**

**SUGARMAN & ASSOCIATES**
**100 North 17th Street, 11th Floor**
**Philadelphia, PA 19103**
**215-864-2500**

**Dated: September 20, 2002**