Alfred R. Fabricant, Esq.
Marc A. Lieberstein, Esq.
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

   - and -

David B. Picker, Esq.
Bruce Bellingham, Esq.
SPECTOR, GADON & ROSEN, P.C.
Seven Penn Center, 1635 Market Street, 7th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 241-8888
Facsimile: (215) 241-8844

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUNSON COMMUNICATIONS, INC.** | |
| **Plaintiff,** | |
| v. | Civil Action No.: 02 CV. 3223 |
| **ARBITRON, INC.** | |
| **Defendant.** | |

**REPLY DECLARATION OF MARSHALL L. SNYDER IN FURTHER SUPPORT OF
DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

00584518.1

I, **MARSHALL L. SNYDER**, hereby declare the following to be true and correct under penalty of perjury:

1. I am the Executive Vice President of Arbitron, Inc. and President of Worldwide Personal People Meter Development at Arbitron. I submit this Declaration in support of Arbitron's Motion to Dismiss and to supplement my August 21, 2002 Declaration filed in this action.

2. As is shown in the Arbitron Form 10-K (Defendant's Exh. A), Arbitron granted Nielsen Media Research an option to join Arbitron in the potential commercial deployment of the Personal People Meter (PPM).

3. Nielsen has not exercised this option.

4. There has been no commercial deployment of the PPM anywhere within the United States of America.

5. The PPM encoder is installed at WGTW and is now working properly. WGTW data will be included in future test reports provided that WGTW continues to properly encode its data in accordance with Arbitron's standards.

Date: September 30, 2002

_____
Marshall L. Snyder