IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BRUNSON COMMUNICATIONS, INC.      :
                                  :
            Plaintiff             :
                                  :
       v.                         :
                                  :
ARBITRON, INC.                    :      NO. 02-CV-3223
                                  :
            Defendant             :
                                  :

**SUPPLEMENT TO PLAINTIFF S BRIEF IN OPPOSITION
TO THE MOTION TO DISMISS**

DueDue to newly released information, Plaintiff respectfully submitssubmits this Supplemensubmits this Supplemental submits this Supple scheduled for October 8, 2002.

**THE PORTABLE PEOPLE METER (PPM) SYSTEM IS A COMMERCIAL TELEVISION RATINGS PRODUCT.**

Contrary to specific contentions in Arbitron s Memorandum of LawLaw in SupportLaw in Support of Motion to Dismiss Plaintiff s Amendedlaw thethe PPM system is, in fact, a commercial service used for commercial purposes.

InIn its memorandum of law, ArbitronIn its memorandum of law, Arbitro

that it does not have a commercial television ratings product or service. Arbitron's Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Complaint, at 1. See also 20.

However, Arbitron's own press release (dated 2002, attached hereto as Exhibit A), reveals that denying the commercial nature of the PPM constitute blatant misrepresentations.

In the press release, it is stated:

> BBM Canada has selected the Arbitron Inc. electronic audience measure Portable People Meter - to measure television audiences, including French-language in Montreal and Quebec beginning quarter of 2003.

This clearly shows that Arbitron's statements in memorandum of law are false. It shows that the PPM commercial product that is used for commercial purposes.

In addition, Plaintiff is attaching as Exhibit B a new report showing surveys released by Arbitron, the last of which covers the time period ending August 7, 2002. (Plaintiff was again omitted.)

Thus, Arbitron's argument for dismissal based on the PPM not being a commercial service or product must be rejected.

                                                  Respectfully submitted,

                                                  _____
                                                  ROBERT J. SUGARMAN
                                                  Counsel for Plaintiff

OF COUNSEL:

SUGARMAN & ASSOCIATES
11th Floor Robert Morris Building
100 North 17th Street
Philadelphia, PA  19103
215-864-2500


DATED: October 7, 2002