IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUNSON COMMUNICATIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARBITRON, INC. | : | NO. 02-3223 |

## ORDER

AND NOW, this 8th day of October, 2002, after argument on Defendant's motion to dismiss the Amended Complaint, it is hereby ORDERED that:

1. Defendant shall promptly produce to Plaintiff all documents consisting of its published reports or statements for the Philadelphia television market from February 2002 to August 2002.

2. Plaintiff may conduct discovery limited in scope to the above reports, and also the statements or representations made by Arbitron representatives at the May 20, 2002 meeting of the Pennsylvania Association of Broadcasters, as alleged in paragraph 32 of the Amended Complaint.

3. Plaintiff shall have 30 days from the date of this Order in which to conduct the above discovery.

4. The parties shall file, by November 20, 2002, a stipulation to the extent possible, or affidavits and attachments, as to the results of this limited discovery.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Orders\Brunson Order.wpd