Alfred R. Fabricant, Esq.
Marc A. Lieberstein, Esq.
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 382-0700
Facsimile:  (212) 382-0888

        - and -

David B. Picker, Esq.
Bruce Bellingham, Esq.
SPECTOR, GADON & ROSEN, P.C.
Seven Penn Center, 1635 Market Street, 7th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 241-8888
Facsimile: (215) 241-8844

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

———————————————————————————x
                                                        :
**BRUNSON COMMUNICATIONS, INC.**            :
                                                        :
                          **Plaintiff,**                :
                                                        :  **Civil Action No.:  02 CV. 3223**
                 **v.**                                 :
                                                        :
**ARBITRON, INC.**                                  :
                                                        :
                          **Defendant.**                :
———————————————————————————x

## AFFIDAVIT OF ALFRED R. FABRICANT PURSUANT TO ORDER DATED OCTOBER 8, 2002

State of New York          )
                           ) ss:
County of New York         )

        Alfred R. Fabricant, being duly sworn deposes and says:

00591215.1

     1.     I am a partner in the law firm of Ostrolenk Faber & Soffen LLP, attorneys for defendant, Arbitron, Inc. ("Arbitron") in this case. I submit this affidavit pursuant to paragraph 4 of this Court's Order dated October 8, 2002 and in further support of Arbitron's motion to dismiss the plaintiff's complaint. A copy of the Court's October 8, 2002 Order is annexed hereto as Exhibit 1.

     2.     Following the oral argument on Arbitron's motion to dismiss which was held on October 8, 2002, the parties in this case engaged in the limited discovery directed by this Court pursuant to its Order dated October 8, 2002.

     3.     Arbitron has produced to plaintiff's counsel all published reports and statements for the Philadelphia television market from February, 2002 to August, 2002. These documents include every published report containing PPM test data as well as documents reflecting Power Point presentation slides and other statements made by Arbitron for the Philadelphia television market during the subject time period, including specifically the presentation made by Arbitron Vice-President, Kevin Smith on May 20, 2002 alleged in the Complaint.

     4.     The published Arbitron PPM test data was produced to plaintiff's counsel in two formats: printed "AQH Ratings" PPM reports for each relevant test period in the written form released by Arbitron and a complete set of CD ROM disks which were distributed by Arbitron covering test data for the period beginning March 28, 2002 and, thereafter, containing "Arbitron's "Television Ranker" test data and reports. Annexed hereto as Exhibit 2 is a photocopy of each PPM test data CD ROM label which has been provided to plaintiff's counsel pursuant to this Court's Order. A complete set of the CD ROM disks is available to the Court at the Court's request.

5.      Annexed hereto as Exhibit 3 is a representative portion of the "AQH Ratings" test report which was distributed by Arbitron on May 21, 2002 (the day after Mr. Smith's speech) covering the test period February 28, 2002 through March 27, 2002. This is the first PPM test data that was published for the Philadelphia market. Each "AQH Ratings" report published by Arbitron on May 21, 2002 reflecting this particular test period contained the express legend on the first page of the report stating as follows:

> NOTE: WGTW (Ind), WUVP (Univision), WWSI (Telemundo) and Court TV are now encoded. However, these outlets were not encoded in time to be included in the March release of data. MSNBC was encoded in time to be included in the March release of data. But, MSNBC was not encoding for thirteen days of the survey period and is therefore not included in the March release of data.

Each of the "AQH Ratings" test reports covering the February 28, 2002 through March 27, 2002 test period also contained, on the first page of each report, the following warning:

> **WARNING:**
>
> All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron, Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

The "AQH Ratings" test reports also indicate on their face by asterisk that "Share" information is provided "among encoded outlets only."

6.      Annexed hereto as Exhibit 4 is a printout from CD ROM of a representative copy of the "Television Ranker" report from PPM test data that was released by Arbitron in CD ROM format. The report covers the period April 25th to May 22nd the "May 2002 survey period." The cover page on Exhibit 4 clearly sets forth the identity of the media outlets

00591215.1                          - 3 -

"that were properly encoding their signals for greater than 90% of the days in the May, 2002

survey period." Station WGTW is not on the list and, no ratings data for station WGTW is

reported in the "Television Ranker" reports for the May, 2002 survey period. Also released for

the May, 2002 survey period was Arbitron's "AQH Ratings" data. This report was released in

printed form only. A representative portion of the "AQH Ratings" report data for the May 2002

survey period is annexed hereto as Exhibit 5. The first page of each of the AQH Ratings reports

for the May survey period states as follows:

> WARNING:
>
> All Arbitron Audience estimates are confidential, proprietary to,
> and copyrighted by Arbitron, Inc. The audience estimates and
> accompanying data in this Report are intended for internal business
> and analysis purposes only. Any use of these estimates and data
> for the buying, planning and/or selling of media time is strictly
> prohibited. The outlets listed above represent those outlets that are
> properly encoding their signal for greater than 90% of the days in
> the survey period.

An asterisk also indicates that "Share" information is provided "among encoded outlets only."

    7.    Annexed hereto as Exhibit 6 is a printout from CD ROM of a representative

"Television Ranker" test report covering the period March 28 to August 7, 2002 for the April-July,

2002 survey period. On the cover sheet of the subject reports is set forth a listing of the media

outlets that are properly encoding their signals during the April-July, 2002 survey period. This

listing expressly reflects that WGTW-TV (Ind.) was properly encoding during the April-July, 2002

survey period for less than 80% of the encoding days during the months of April, May, June and July

of 2002. The listing also expressly states:

< 80%

This outlet or one and/or all of its components was properly encoding its signal for less than 80% of the days in the selected survey period and therefore did not meet reporting criteria. No estimates are provided.

Exhibit 6 at page 1. In addition, in the "Television Ranker" report (Exhibit 6 at pp. 3&4), WGTW is included in the report with the express indication that no estimates have been provided for WGTW due to the specific fact that the percentage of time properly encoded during the survey period was less than 80%. Also annexed as Exhibit 7 is a copy of the "AQH Ratings" test data report released by Arbitron covering the period July 11, 2002 through August 7, 2002. As reflected in the "Television Rankings" report (Exhibit 6) for that survey period, WGTW data was not included due to the fact that the station was properly encoding for less than 80% of the days in the survey period.

8.      The reports referred to above (Exhibits 2 through 7) make up the world of Test Data and Reports which has been released by Arbitron to the industry and to the market place in Philadelphia between the period February, 2002 through August, 2002. During the period August 8, 2002 through September 4, 2002, WGTW was encoding 100% of the days during that encoding period. Annexed hereto as Exhibit 8 is a "Television Ranker" report printout from CD ROM showing that WGTW data has been included beginning with August, 2002. Accordingly, ratings estimates for WGTW have been included in the test data reports which will issue for the Fall of 2002.

9.      On November 8, 2002, Arbitron advised the television and radio stations which are encoded in the Philadelphia market as well as others in the Philadelphia television market industry that "after the conclusion of the Fall 2002 radio survey and the November, 2002 television survey,

Arbitron will no longer use the current Philadelphia panel to produce regular releases of 'currency -type' radio and television audience ratings which can be compared to existing audience measures. (Note that the release of PPM ratings from the fourth quarter of 2002 will take place in the first quarter of 2003)." A copy of the news release from Arbitron to the television and radio stations including WGTW is annexed hereto as Exhibit 9. Stated simply, after the November, 2002 survey period is over Arbitron will no longer provide the television ratings data which has been the subject of the Philadelphia test and this litigation since February of 2002. To the extent Arbitron continues to provide other tests and research in the Philadelphia area using the PPM device, WGTW will be included in such test reports to the extent that they remain properly encoded.

10.    On May 20, 2002, the day before the release of the first PPM test data gathered during the survey period February 28, 2002 through March 27, 2002, Arbitron Vice President Kevin Smith gave a presentation at a meeting of the Pennsylvania Association of Broadcasters. Pursuant to this Court's limited discovery Order, Arbitron has produced to plaintiff's counsel the Power Point presentation slides of Mr. Smith's May 20, 2002 speech and, in addition, on November 8, 2002, plaintiff's counsel took the deposition of Mr. Smith in Philadelphia.

11.    Annexed hereto as Exhibit 10 is a complete copy of Mr. Smith's Power Point presentation slides which he presented at the meeting on May 20, 2002. Plaintiff alleges in paragraph 32 of the Amended Complaint that Mr. Smith, at the May 20, 2002 meeting represented that "the survey was fair, accurate and complete." However, neither the Power Point presentation nor Mr. Smith's deposition testimony support or confirm plaintiff's allegations in whole or in part. Nowhere in the Power Point presentation (Exhibit 10) does Mr. Smith state or suggest that the PPM test survey "was fair, accurate and complete" as alleged by plaintiff.

12.     At his deposition conducted by plaintiff's counsel on November 8, 2002, Mr. Smith

testified that his Power Point presentation (Exhibit 10) was "the focal point of my presentation." "I

used the presentation really as the primary focus and communication about the Portable People

Meter; so, my comments were primarily reads or highlights of screens." *See* deposition testimony

of Kevin Smith, the pertinent portions which are annexed hereto as Exhibit 11 at pages 20-21.

13.     Mr. Smith was specifically asked at his deposition whether he stated at the May 20,

2002 meeting that the test data was "accurate" and "complete."  In response to those questions, he

gave the following answers:

> Q.     What did you say, if anything, about the accuracy or
> representativeness of the data?  Let's start with the accuracy
> first.
>
> A.     Because it is a panel and because of the fact that it was a
> sample of the population, I didn't make any comments on
> accuracy.
>                             * * *
> Q.     Did you say anything about the representativeness or the
> quality of the data?
>
> A.     My only comment was that the panel was built to be
> representative of the population.  As far as comments on the
> data, there was no data available; so, no comments on the
> particular data.
>
> Q.     Did you say anything in form or substance to suggest that the
> data was good quality data that would be issued in regard to
> that survey?
>
> A.     No; my comment was not related to the quality of the data
> because this was a test and still is.  My comment wasn't about
> the quality.  My comment was that Arbitron was coming into
> the marketplace and the information we were about to release
> was our first release and we would continue to release
> information and review it and analyze it until we determined
> to stop the Philadelphia point.

> Q.    Did you state that the data was reliable and accurate and with integrity?
>
> A.    I did not state that the data was accurate.
>
> \* \* \*
>
> Q.    In connection with your association with the Arbitron Company, does Arbitron, to your knowledge, ever affirmatively represent to the marketplace, whether it is radio or television, that their data is accurate?
>
> A.    No.

Smith Deposition at pages 28-30, 81 (Exh.11).

15.    In addition, on the subject of "completeness" or the number of stations encoded for the Philadelphia test, Mr. Smith testified that at the May 20, 2002 meeting:

> I did comment that this presentation was an overview of PPM, there would be data being released and we would be adding stations throughout the test; so my comment was that Arbitron's goal was to add stations over time to be able to provide more thorough information or more information on stations that have actual viewership or listenership in the marketplace.

Smith Deposition at page 37 (Exh. 11).

16.    The Smith Power Point presentation (Exh. 11) at page 12 affirmatively states that with respect to the PPM test **conducted in Wilmington, Delaware** during the year 2001, all eight local TV stations were encoded and twenty-two out of twenty-five cable television stations were encoded. However, no such statement was made by Mr. Smith or in the Power Point presentation with respect to the Philadelphia market test. Nor would Mr. Smith reasonably have made such a statement at the May 20, 2002 meeting in light of the fact that the first release of PPM test data was being made the very next day to the industry and the first release of data expressly stated that a number of television stations including WGTW, WUVP, WWSI, Court TV and MSNBC were not included in the PPM test data (*See* Exhibit 3).

17.    Mr. Smith was also asked questions during his deposition about his knowledge of Nielsen's role in the PPM project.  On that subject Mr. Smith was asked the following questions and gave the following answers:

> Q.    What is the nature of Nielsen's participation at the present time?
>
> A.    Nielsen's participation is a financial investment and providing information from the Philadelphia market on their ratings data since they are the provider of ratings data to the television stations.
>
> * * *
>
> Q.    . . . To your knowledge did Nielsen have any role in the actual technological development of the PPM?
>
> A.    No.
>
> Q.    Did Nielsen play any role in selecting whose stations should be encoded?
>
> A.    No, sir.
>
> Q.    Did Nielsen play any role in actually physically helping to get those stations encoded?
>
> A.    No, sir, not at all.
>
> Q.    Did Nielsen and does Nielsen play any roles in the decoding of the data?
>
> A.    No, sir.
>
> Q.    Does Nielsen play any role in the compilation of the data?
>
> A    No, sir.
>
> Q.    Does Nielsen play any role in the processing of the PPM data?
>
> A.    No, sir.

Q.   Does Nielsen play any role in making presentations to the marketplace about the attributes or deficiencies of the PPM system?

A.   No, sir.

* * *

Q.   With respect to research, I believe Mr. Sugarman asked you about whatever Nielsen's research activities were. On the research side, does Nielsen, to your knowledge, do anything other than provide their own Nielsen data as a basis for comparison.

THE WITNESS: That's what Nielsen provides. To my knowledge, that's what we use.

Smith Deposition at pages 48-49, 77-79 (Exh. 11).

18.   Of significance, Mr. Smith also testified at his deposition that no one has ever reported to him or complained to him that anyone in the marketplace was, in fact, commercially using the PPM test data to buy or sell advertising time. Smith deposition at page 76 (Exh. 11).

19.   Mr. Smith also testified at his deposition that to his knowledge, no one in the industry, including other television broadcasters, has ever requested that Arbitron not include WGTW in the Arbitron PPM test program, install an encoder at WGTW's location or record and report data with respect to viewership information about WGTW. Smith Deposition at pages 79-81 (Exh. 11).

20.   In consultation with plaintiff's counsel, Mr. Sugarman, Mr. Sugarman has advised that notwithstanding the text of the Power Point presentation (Exh. 10) as well as the testimony of Mr. Smith at his deposition, plaintiff nonetheless continues to assert that Mr. Smith made affirmative statements at the May 20, 2002 meeting that the Arbitron PPM test data was "accurate and complete." Therefore, the parties cannot agree as to the substance of Mr. Smith's presentation.

21.    However, even if plaintiff can create a factual dispute, with evidentiary support, as to what was said by Mr. Smith at the May 20 meeting, it is undisputed that on the next day, May 21, 2002, Arbitron released its first PPM data which expressly advised the industry that WGTW and other broadcast and cable television stations were not included in the survey data and were not reflected in the "Share" information provided with the "AQH Ratings" report. (*See* Exh.3). Therefore, it is hard to imagine how plaintiff can create a genuine issue of material fact as to material misrepresentations made at the May 20, 2002 meeting in light of the published data released the next day and, thereafter, by Arbitron. No reasonable broadcaster or other industry or market participant receiving the PPM test report on May 21, 2002 would have incorrectly assumed that WGTW had, in fact, been included in the PPM test survey but had no viewership whatsoever during the survey period. The PPM test data reports were released to people in the industry who were extremely knowledgeable about television ratings reports as well as the identity of broadcast television stations in the Philadelphia market. In any event, it is undisputed that WGTW's viewership information was reported by Nielsen for the same market during the same period.

Date: November 19, 2002

_____
Alfred R. Fabricant

Sworn to and submitted before me this
19th Day of November, 2002

_____
Notary Public

MARY G. FONTENOT
Notary Public, State of New York
No. 31-5046328
Qualified in New York County
Commission Expires September 3, 20 03

00591215.1

- 11 -

## CERTIFICATE OF SERVICE

DAVID B. PICKER hereby certifies that a true copy of the foregoing  Defendant

Arbitron, Inc.'s **Affidavit of Alfred Fabricant Pursuant to October 8, 2002 Order,** was served

by messenger delivery this **20**th day of **November**, 2002, upon Plaintiff's counsel, as follows:

> Robert J. Sugarman, Esq.
> Sugarman & Associates
> 11th Floor, Robert Morris Building
> 100 North 17th Street
> Philadelphia, PA  19103

November 20, 2002

David B. Picker

F:\27745\001\pleadings\CertServ11-20.wpd

# EXHIBIT "1"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUNSON COMMUNICATIONS, INC.    :     CIVIL ACTION

               v.               :

ARBITRON, INC.               :     NO. 02-3223   **FILED** OCT - 8 2002

## ORDER

AND NOW, this 8th day of October, 2002, after argument on Defendant's motion to dismiss the Amended Complaint, it is hereby ORDERED that:

1. Defendant shall promptly produce to Plaintiff all documents consisting of its published reports or statements for the Philadelphia television market from February 2002 to August 2002.

2. Plaintiff may conduct discovery limited in scope to the above reports, and also the statements or representations made by Arbitron representatives at the May 20, 2002 meeting of the Pennsylvania Association of Broadcasters, as alleged in paragraph 32 of the Amended Complaint.

3. Plaintiff shall have 30 days from the date of this Order in which to conduct the above discovery.

4. The parties shall file, by November 20, 2002, a stipulation to the extent possible, or affidavits and attachments, as to the results of this limited discovery.

BY THE COURT:

MICHAEL M. BAYLSON, U.S.D.J.

cc Robert Sugarman (fax)

O:\Orders\Brunson Order.wpd

2:02-cv-03223-MMB

ALFRED   FABRICANT
OSTROLENK FABER GERB & SOFFEN LLP
1180 AVENUE OF THE AMERICAS
NEW YORK  NY  10036

# EXHIBIT "2"





ARB 01080







To Install: Run X:\Setupt.exe (where X is the letter of your CD-ROM drive)

ARBITRON

PPM Data
PORTABLE PEOPLE METER

PPM Analysis Tool
Version 3.6.5

Philadelphia, PPM
Television Data
April-July 2002

PPM Analysis Tool is a service of
Arbitron Inc. with technology
licensed from MarkData SA.

Local Install Only

PPM Customer Support Line: (888) 776-8300    © 2002 Arbitron Inc.

Network Installation
Not Supported

ARB 01083







# EXHIBIT "3"

**Philadelphia PPM Outlet - TV**
**AQH Ratings by Daypart**
**Total Persons Age 6+, Entire DMA**

PPM Parameters

| | |
|---|---|
| Start Date: | 2/28/02 |
| End Date: | 3/27/02 |
| Population: | 7,004,782 |
| Avg. Daily Intab: | 927 |

**Broadcast TV**

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **4AM-5AM** | | | | |
| KYW (CBS) | 0.40 | 5.3 | 0.14 | 10.6 |
| WCAU (NBC) | 0.80 | 12.0 | 0.20 | 15.3 |
| WHYY (PBS) | 0.00 | 0.5 | 0.00 | 0.3 |
| WPHL (WB) | 0.20 | 2.5 | 0.01 | 0.5 |
| WPPX (PAX) | 0.00 | 0.4 | 0.00 | 0.0 |
| WPSG (UPN) | 0.70 | 9.4 | 0.09 | 6.8 |
| WPVI (ABC) | 1.40 | 19.9 | 0.44 | 33.8 |
| WTXF (FOX) ** | 0.50 | 7.0 | 0.02 | 1.4 |
| | 4.00 | 57.0 | 0.89 | 68.6 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **5AM-6AM** | | | | |
| KYW (CBS) | 0.80 | 7.8 | 0.78 | 18.9 |
| WCAU (NBC) | 1.90 | 19.1 | 1.19 | 28.7 |
| WHYY (PBS) | 0.00 | 0.3 | 0.00 | 0.1 |
| WPHL (WB) | 0.10 | 1.1 | 0.00 | 0.0 |
| WPPX (PAX) | 0.00 | 0.2 | 0.01 | 0.2 |
| WPSG (UPN) | 0.40 | 4.0 | 0.04 | 0.9 |
| WPVI (ABC) | 3.20 | 33.2 | 1.68 | 40.7 |
| WTXF (FOX) ** | 0.60 | 6.3 | 0.20 | 4.8 |
| | 7.00 | 71.9 | 3.90 | 94.4 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-9AM** | | | | |
| KYW (CBS) | 1.10 | 6.0 | 1.07 | 9.1 |
| WCAU (NBC) | 4.00 | 22.5 | 3.04 | 26.0 |
| WHYY (PBS) | 0.60 | 3.4 | 0.26 | 2.3 |
| WPHL (WB) | 0.70 | 3.8 | 0.32 | 2.7 |
| WPPX (PAX) | 0.00 | 0.2 | 0.01 | 0.1 |
| WPSG (UPN) | 0.20 | 1.2 | 0.04 | 0.3 |
| WPVI (ABC) | 5.30 | 29.4 | 3.94 | 33.7 |
| WTXF (FOX) ** | 1.60 | 8.7 | 1.01 | 8.6 |
| | 13.50 | 75.1 | 9.70 | 82.9 |

For purposes of this report, Arbitron has adopted the Nielsen format of presenting results to two decimal points. The current Arbitron PPM application only produces values to one decimal point.

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.
** WTXF did not encode all broadcast hours on 2/28/02 and 3/1/02. Data for WTXF may be slightly understated as a result.

NOTE: WGTW (Ind.), WUVP (Univision), WWSI (Telemundo) and Court TV are now encoded. However, these outlets were not encoded in time to be included in the March release of data. MSNBC was encoded in time to be included in the March release of data. But, MSNBC was not encoding for 13 days of the survey period and is therefore not included in the March release of data.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

Set Meter data copyright 2002 Nielsen Media Research, Inc. All rights reserved.
Set Meter data are provided for evaluation purposes only. No commercial use whatsoever is authorized.

**Philadelphia PPM Outlet - TV**
**AQH Ratings by Daypart**
**Total Persons Age 18 to 49, Entire DMA**

<u>PPM Parameters</u>

| | |
|---|---|
| Start Date: | 2/28/02 |
| End Date: | 3/27/02 |
| Population: | 3,430,887 |
| Avg. Daily Intab: | 443 |

**Broadcast TV**

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **4AM-5AM** | | | | |
| KYW (CBS) | 0.30 | 4.5 | 0.15 | 11.0 |
| WCAU (NBC) | 0.90 | 13.4 | 0.22 | 15.6 |
| WHYY (PBS) | 0.00 | 0.5 | 0.01 | 0.5 |
| WPHL (WB) | 0.20 | 2.3 | 0.00 | 0.0 |
| WPPX (PAX) | 0.00 | 0.3 | 0.00 | 0.0 |
| WPSG (UPN) | 0.80 | 12.0 | 0.07 | 5.0 |
| WPVI (ABC) | 1.00 | 15.1 | 0.38 | 27.5 |
| WTXF (FOX) ** | 0.60 | 8.3 | 0.03 | 2.3 |
| | 3.90 | 56.2 | 0.86 | 62.0 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **5AM-6AM** | | | | |
| KYW (CBS) | 0.60 | 6.9 | 0.53 | 12.0 |
| WCAU (NBC) | 1.70 | 18.6 | 1.19 | 27.1 |
| WHYY (PBS) | 0.00 | 0.2 | 0.00 | 0.0 |
| WPHL (WB) | 0.10 | 1.2 | 0.00 | 0.0 |
| WPPX (PAX) | 0.00 | 0.1 | 0.00 | 0.0 |
| WPSG (UPN) | 0.50 | 5.3 | 0.04 | 0.9 |
| WPVI (ABC) | 2.70 | 29.6 | 1.90 | 43.5 |
| WTXF (FOX) ** | 0.80 | 8.3 | 0.36 | 8.1 |
| | 6.50 | 70.2 | 4.01 | 91.7 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-9AM** | | | | |
| KYW (CBS) | 0.90 | 5.4 | 0.56 | 5.4 |
| WCAU (NBC) | 3.50 | 21.1 | 2.80 | 27.3 |
| WHYY (PBS) | 0.70 | 4.2 | 0.30 | 2.9 |
| WPHL (WB) | 0.90 | 5.4 | 0.36 | 3.5 |
| WPPX (PAX) | 0.00 | 0.0 | 0.01 | 0.1 |
| WPSG (UPN) | 0.30 | 1.6 | 0.03 | 0.3 |
| WPVI (ABC) | 4.20 | 25.3 | 3.50 | 34.1 |
| WTXF (FOX) ** | 1.90 | 11.3 | 1.35 | 13.1 |
| | 12.30 | 74.4 | 8.90 | 86.6 |

For purposes of this report, Arbitron has adopted the Nielsen format of presenting results to two decimal points. The current Arbitron PPM application only produces values to one decimal point.

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.
** WTXF did not encode all broadcast hours on 2/28/02 and 3/1/02. Data for WTXF may be slightly understated as a result.

NOTE: WGTW (Ind.), WUVP (Univision), WWSI (Telemundo) and Court TV are now encoded. However, these outlets were not encoded in time to be included in the March release of data. MSNBC was encoded in time to be included in the March release of data. But, MSNBC was not encoding for 13 days of the survey period and is therefore not included in the March release of data.

<u>**WARNING:**</u>

All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

Set Meter data copyright 2002 Nielsen Media Research, Inc. All rights reserved.
Set Meter data are provided for evaluation purposes only. No commercial use whatsoever is authorized.

**Philadelphia PPM Outlet - TV**
**AQH Ratings by Daypart**
**Total Persons Age 25 to 54, Entire DMA**

PPM Parameters

| | |
|---|---|
| Start Date: | 2/28/02 |
| End Date: | 3/27/02 |
| Population: | 3,279,750 |
| Avg. Daily Intab: | 470 |

**Broadcast TV**

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **4AM-5AM** | | | | |
| KYW (CBS) | 0.30 | 5.1 | 0.16 | 10.1 |
| WCAU (NBC) | 0.70 | 11.8 | 0.23 | 14.3 |
| WHYY (PBS) | 0.00 | 0.8 | 0.01 | 0.5 |
| WPHL (WB) | 0.20 | 2.5 | 0.00 | 0.0 |
| WPPX (PAX) | 0.00 | 0.3 | 0.00 | 0.0 |
| WPSG (UPN) | 0.60 | 9.8 | 0.07 | 4.6 |
| WPVI (ABC) | 1.20 | 18.6 | 0.42 | 26.6 |
| WTXF (FOX) ** | 0.50 | 7.5 | 0.03 | 2.1 |
| | 3.60 | 56.4 | 0.92 | 58.3 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **5AM-6AM** | | | | |
| KYW (CBS) | 0.70 | 6.8 | 0.70 | 13.7 |
| WCAU (NBC) | 1.90 | 19.2 | 1.45 | 28.3 |
| WHYY (PBS) | 0.00 | 0.2 | 0.00 | 0.0 |
| WPHL (WB) | 0.10 | 1.2 | 0.00 | 0.0 |
| WPPX (PAX) | 0.00 | 0.2 | 0.00 | 0.0 |
| WPSG (UPN) | 0.30 | 3.0 | 0.04 | 0.8 |
| WPVI (ABC) | 3.50 | 35.9 | 2.25 | 43.8 |
| WTXF (FOX) ** | 0.80 | 7.9 | 0.29 | 5.6 |
| | 7.40 | 74.5 | 4.73 | 92.2 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-9AM** | | | | |
| KYW (CBS) | 0.90 | 5.2 | 0.92 | 7.6 |
| WCAU (NBC) | 3.70 | 22.0 | 3.33 | 27.6 |
| WHYY (PBS) | 0.90 | 5.0 | 0.31 | 2.6 |
| WPHL (WB) | 0.60 | 3.8 | 0.27 | 2.3 |
| WPPX (PAX) | 0.00 | 0.1 | 0.01 | 0.1 |
| WPSG (UPN) | 0.20 | 1.2 | 0.04 | 0.3 |
| WPVI (ABC) | 4.90 | 29.1 | 4.46 | 37.0 |
| WTXF (FOX) ** | 1.80 | 10.8 | 1.32 | 10.9 |
| | 13.00 | 77.1 | 10.66 | 88.4 |

For purposes of this report, Arbitron has adopted the Nielsen format of presenting results to two decimal points. The current Arbitron PPM application only produces values to one decimal point.

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.
** WTXF did not encode all broadcast hours on 2/28/02 and 3/1/02. Data for WTXF may be slightly understated as a result.

NOTE: WGTW (Ind.), WUVP (Univision), WWSI (Telemundo) and Court TV are now encoded. However, these outlets were not encoded in time to be included in the March release of data. MSNBC was encoded in time to be included in the March release of data. But, MSNBC was not encoding for 13 days of the survey period and is therefore not included in the March release of data.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

Set Meter data copyright 2002 Nielsen Media Research, Inc. All rights reserved.
Set Meter data are provided for evaluation purposes only. No commercial use whatsoever is authorized.

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Men Age 18+, Entire DMA

**PPM Parameters**

| | |
|---|---|
| Start Date: | 2/28/02 |
| End Date: | 3/27/02 |
| Population: | 2,696,370 |
| Avg. Daily Intab: | 357 |

## Broadcast TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 3.00 | 11.5 | 2.49 | 15.3 |
| WCAU (NBC) | 3.60 | 13.8 | 2.76 | 17.0 |
| WHYY (PBS) | 0.40 | 1.6 | 0.29 | 1.8 |
| WPHL (WB) | 1.50 | 5.8 | 0.75 | 4.6 |
| WPPX (PAX) | 0.20 | 0.8 | 0.12 | 0.8 |
| WPSG (UPN) | 1.20 | 4.5 | 0.71 | 4.4 |
| WPVI (ABC) | 4.10 | 15.7 | 3.29 | 20.3 |
| WTXF (FOX) ** | 2.50 | 9.4 | 1.54 | 9.5 |
| | 16.50 | 63.1 | 11.95 | 73.6 |

## Cable TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.40 | 1.7 | 0.28 | 1.7 |
| BET | 0.50 | 1.7 | 0.11 | 0.7 |
| CN8 | 0.10 | 0.5 | 0.02 | 0.1 |
| CNN | 0.50 | 1.9 | 0.25 | 1.6 |
| CSN | 0.80 | 3.2 | 0.41 | 2.5 |
| DISCOVERY | 0.40 | 1.6 | 0.21 | 1.3 |
| ESPN | 0.80 | 3.2 | 0.43 | 2.6 |
| ESPN2 | 0.30 | 1.3 | 0.07 | 0.5 |
| ETV | 0.20 | 0.8 | 0.10 | 0.6 |
| FX | 0.40 | 1.7 | 0.21 | 1.3 |
| HEADLINE NEW | 0.10 | 0.3 | 0.01 | 0.0 |
| HISTORY CHAN | 0.60 | 2.3 | 0.27 | 1.7 |
| LIFETIME | 0.60 | 2.4 | 0.30 | 1.8 |
| MTV | 0.50 | 2.0 | 0.15 | 0.9 |
| NICKELODEON | 0.80 | 3.0 | 0.22 | 1.4 |
| TBS | 0.80 | 2.9 | 0.45 | 2.8 |
| TNN | 0.50 | 1.8 | 0.19 | 1.2 |
| TNT | 0.80 | 3.0 | 0.53 | 3.3 |
| VH1 | 0.20 | 0.7 | 0.03 | 0.2 |
| WEATHER CHAN | 0.20 | 0.9 | 0.05 | 0.3 |
| | 9.50 | 36.9 | 4.29 | 26.4 |
| **Total Encoded TV** | 26.00 | 100.0 | 16.24 | 100.0 |

For purposes of this report, Arbitron has adopted the Nielsen format of presenting results to two decimal points. The current Arbitron PPM application only produces values to one decimal point.

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.
** WTXF did not encode all broadcast hours on 2/28/02 and 3/1/02. Data for WTXF may be slightly understated as a result.

NOTE: WGTW (Ind.), WUVP (Univision), WWSI (Telemundo) and Court TV are now encoded. However, these outlets were not encoded in time to be included in the March release of data. MSNBC was encoded in time to be included in the March release of data. But, MSNBC was not encoding for 13 days of the survey period and is therefore not included in the March release of data.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience

ARB 00833

estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

Set Meter data copyright 2002 Nielsen Media Research, Inc. All rights reserved.
Set Meter data are provided for evaluation purposes only. No commercial use whatsoever is authorized.

ARB 00834

# EXHIBIT "4"



# Media Outlets Encoding

Following is a list of the outlets, sorted by media type, that were properly encoding their signals for greater than 90% of the days in the May 2002 survey period (April 25th – May 22nd).

| Outlet Name | Percent of Time Encoding |
|---|---|
| **Cable** | |
| A&E | 100% |
| BET | 100% |
| CN8 | 100% |
| CNN | 100% |
| Comcast SportsNet | 100% |
| Court TV | 100% |
| Discovery | 100% |
| E! Entertainment | 100% |
| ESPN | 100% |
| ESPN2 | 100% |
| FX | 100% |
| Headline News | 100% |
| History Channel | 100% |
| Lifetime | 100% |
| MSNBC | 100% |
| MTV | 100% |
| Nickelodeon | 100% |
| TBS | 100% |
| TNN | 100% |
| TNT | 100% |
| VH1 | 100% |
| Weather Channel | 100% |

| Outlet Name | Percent of Time Encoding |
|---|---|
| **Radio** | |
| KYW-AM (1060) | 100% |
| WAEB-FM (104.1) | 100% |
| WBEB-FM (101.1) | 100% |
| WCTO-FM (96.1) | 100% |
| WDAS-AM (1480) | 100% |
| WDAS-FM (105.3) | 100% |
| WDEL-AM (1150) | 100% |
| WDOV-AM (1410) | 100% |
| WDSD-FM (92.9) | 100% |
| WEMG-AM (1310) | 100% |
| WEMG-FM (104.9) | 100% |
| WHAT-AM (1340) | 100% |
| WHYY-FM (90.9) | 100% |
| WILM-AM (1450) | 100% |
| WIOQ-FM (102.1) | 100% |
| WIP-AM (610) | 100% |
| WJBR-AM (1290) | 100% |
| WJBR-FM (99.5) | 100% |
| WJJZ-FM (106.1) | 100% |
| WJKS-FM (101.7) | 100% |
| WKXW-FM (101.5) | 100% |
| WLCE-FM (104.5) | 100% |
| WLEV-FM (100.7) | 100% |
| WMGK-FM (102.9) | 100% |
| WMMR-FM (93.3) | 100% |
| WMWX-FM (95.7) | 100% |
| WNJO-FM (94.5) | 100% |
| WODE-FM (99.9) | 100% |
| WOGL-FM (98.1) | 100% |
| WPEN-AM (950) | 100% |
| WPHI-FM (103.9) | 100% |

| Outlet Name | Percent of Time Encoding |
|---|---|
| **Radio** *(continued)* | |
| WPHT-AM (1210) | 100% |
| WPLY-FM (100.3) | 100% |
| WPST-FM (97.5) | 100% |
| WPTP-FM (96.5) | 100% |
| WRDX-FM (94.7) | 100% |
| WRFY-FM (102.5) | 100% |
| WRTI-FM (90.1) | 100% |
| WSTW-FM (93.7) | 100% |
| WURD-AM (900) | 100% |
| WUSL-FM (98.9) | 100% |
| WWJZ-AM (640) | 100% |
| WXCY-FM (103.7) | 100% |
| WXPN-FM (88.5) | 100% |
| WXTU-FM (92.5) | 100% |
| WYSP-FM (94.1) | 100% |
| WZZO-FM (95.1) | 100% |

| Outlet Name | Percent of Time Encoding |
|---|---|
| **Television** | |
| KYW-TV (CBS) | 100% |
| WCAU-TV (NBC) | 100% |
| WHYY-TV (PBS) | 100% |
| WPHL-TV (WB) | 100% |
| WPPX-TV (Pax) | 100% |
| WPSG-TV (UPN) | 100% |
| WPVI-TV (ABC) | 100% |
| WTXF-TV (Fox) | 100% |
| WUVP-TV (Univision) | 100% |
| WWSI-TV (Telemundo) | 100% |

**ARB 01065**



© 2002 Arbitron Inc.   02-PPM-249_MediaOutlets   6/02

www.arbitron.com

**New York**
142 West 57th Street
New York, NY 10019
(212) 887-1300

**Chicago**
222 South Riverside Plaza
Suite 1050
Chicago, IL 60606
(312) 542-1900

**Atlanta**
9000 Central Parkway
Suite 300
Atlanta, GA 30328
(770) 668-5400

**Los Angeles**
10877 Wilshire Boulevard
Suite 1600
Los Angeles, CA 90024
(310) 824-6600

**Dallas**
13355 Noel Road
Suite 1120
Dallas, TX 75240
(972) 385-5388

**Washington/Baltimore**
9705 Patuxent Woods Drive
Columbia, MD 21046
(410) 312-8000

**Birmingham**
3500 Colonnade Parkway
Suite 400
Birmingham, AL 35243

# Television Ranker

Time Period: Th-We 5A-5A
Survey: May-02 - Dates In( 04/25/2002 to 05/22/2002 )
Target: P 6+
Geography: Philadelphia-DMA

Population: 7005200
In-Tab: 1126
Percent of Population: 100.0

| Outlet | Program Name | Estimate | May-02 |
|---|---|---|---|
| WPVI-TV ABC | Th-We 5A-5A Th-We 5A-5A n.a. | Rating | 4.4 |
| | | Shr% | 18.9 |
| | | WK Cume# | 4604071 |
| | | AVG Daily Cume% | 54.2 |
| | | AVG Daily Cume# | 3794582 |
| | | In-Tab | 1126 |
| KYW-TV CBS | Th-We 5A-5A Th-We 5A-5A n.a. | Rating | 2.6 |
| | | Shr% | 11.1 |
| | | WK Cume# | 4024184 |
| | | AVG Daily Cume% | 41.5 |
| | | AVG Daily Cume# | 2905504 |
| | | In-Tab | 1126 |
| WTXF-TV FOX | Th-We 5A-5A Th-We 5A-5A n.a. | Rating | 2.0 |
| | | Shr% | 8.6 |
| | | WK Cume# | 3479065 |
| | | AVG Daily Cume% | 36.4 |
| | | AVG Daily Cume# | 2548327 |
| | | In-Tab | 1126 |
| WCAU-TV NBC | Th-We 5A-5A Th-We 5A-5A n.a. | Rating | 3.8 |
| | | Shr% | 16.3 |
| | | WK Cume# | 4608709 |
| | | AVG Daily Cume% | 50.8 |
| | | AVG Daily Cume# | 3560580 |
| | | In-Tab | 1126 |
| WPPX-TV PAX | Th-We 5A-5A Th-We 5A-5A n.a. | Rating | 0.1 |
| | | Shr% | 0.6 |
| | | WK Cume# | 498849 |
| | | AVG Daily Cume% | 4.5 |
| | | AVG Daily Cume# | 315133 |
| | | In-Tab | 1126 |
| WHYY-TV PBS | Th-We 5A-5A Th-We 5A-5A | Rating | 0.5 |
| | | Shr% | 2.0 |
| | | In-Tab | 1126 |

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited. The outlets listed above represent those outlets that are properly encoding their signal for greater than 90% of the days in this survey period.
(c) 2002 Arbitron Inc.  Help Line # : 1-866-776-8300 24/7.  Powered by MarkData Technology.



PPM Data
PORTABLE PEOPLE METER

ARBITRON

ARB 01066

# Television Ranker

Time Period: Th-We 5A-5A
Survey: May-02 - Dates In( 04/25/2002 to 05/22/2002)
Target: P 6+
Geography: Philadelphia-DMA

Population: 7005200
In-Tab: 1126
Percent of Population: 100.0

| Outlet | Program Name | Th-We 5A-5A (Estimates) | May-02 |
|---|---|---|---|
| WWSI-TV / TEL | n.a. | WK Cume# | 1156730 |
| | | AVG Daily Cume% | 11.1 |
| | | AVG Daily Cume# | 779795 |
| | | In-Tab | 1126 |
| | | Rating | 0.1 |
| | | Shr% | 0.2 |
| WUVP-TV / UNI | n.a. | WK Cume# | 121497 |
| | | AVG Daily Cume% | 1.2 |
| | | AVG Daily Cume# | 83752 |
| | | In-Tab | 1126 |
| | | Rating | 0.3 |
| | | Shr% | 1.2 |
| WPSG-TV / UPN | n.a. | WK Cume# | 194868 |
| | | AVG Daily Cume% | 2.3 |
| | | AVG Daily Cume# | 161277 |
| | | In-Tab | 1126 |
| | | Rating | 1.4 |
| | | Shr% | 5.9 |
| WPHL-TV / WB | n.a. | WK Cume# | 2487112 |
| | | AVG Daily Cume% | 24.0 |
| | | AVG Daily Cume# | 1679361 |
| | | In-Tab | 1126 |
| | | Rating | 1.3 |
| | | Shr% | 5.6 |
| Total | Th-We 5A-5A | AVG Daily Cume# | 2560279 |
| | | AVG Daily Cume% | 25.7 |
| | | AVG Daily Cume# | 1803259 |
| | | In-Tab | 1126 |
| | | Rating | 70.4 |
| | | WK Cume# | 6817938 |
| | | AVG Daily Cume% | 89.1 |
| | | In-Tab | 1126 |

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

The outlets listed above represent those outlets that are properly encoding their signal for greater than 90% of the days in this survey period.

(c) 2002 Arbitron Inc.   Help Line # : 1-866-776-8300 24/7.   Powered by MarkData Technology



ARB 01067

**PPM Data**

PORTABLE PEOPLE METER

**Television Ranker**

Time Period: Th-We 5A-5A
Survey: May-02 - Dates In( 04/25/2002 to 05/22/2002 )
Target: P 6+
Geography: Philadelphia-DMA

Population: 7005200
In-Tab: 1126
Percent of Population: 100.0

| Program Name | AVG Daily Cume# | | | May-02 |
|---|---|---|---|---|
| In-Tab | | | | 5240567 |
| | | | | 1126 |

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc.
The audience estimates and accompanying data in this Report are intended for internal business and
analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media
time is strictly prohibited.
The outlets listed above represent those outlets that are properly encoding their signal for greater than 90%
of the days in this survey period.

(c) 2002 Arbitron Inc.   Help Line # : 1-866-776-8300 24/7.   Powered by MarkData Technology

ARBITRON

ARB 01068

# EXHIBIT "5"

**Philadelphia PPM Outlet - TV**
**AQH Rankings by Daypart**
**Total Persons Age 6+, Entire DMA**

| Analysis Period | |
|---|---|
| Start Date: | 4/25/02 |
| End Date: | 5/22/02 |
| Population: | 7,005,200 |
| Avg. Daily Intab: | 1,121 |

**Broadcast TV**

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-9AM** | | | | |
| KYW | 1.18 | 6.6 | 1.03 | 9.1 |
| WCAU | 3.78 | 21.3 | 2.68 | 23.6 |
| WHYY | 0.54 | 3.0 | 0.46 | 4.1 |
| WPHL | 0.58 | 3.3 | 0.34 | 3.0 |
| WPPX | 0.02 | 0.1 | 0.02 | 0.1 |
| WPSG | 0.22 | 1.3 | 0.03 | 0.2 |
| WPVI | 5.01 | 28.3 | 3.93 | 34.7 |
| WTXF | 1.99 | 11.2 | 0.95 | 8.3 |
| WUVP | 0.12 | 0.7 | 0.14 | 1.2 |
| WWSI | 0.01 | 0.0 | 0.00 | 0.0 |
| | 13.45 | 75.8 | 9.57 | 84.4 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **9AM-12PM** | | | | |
| KYW | 1.60 | 11.3 | 1.24 | 13.2 |
| WCAU | 1.45 | 10.2 | 1.04 | 11.1 |
| WHYY | 0.45 | 3.2 | 0.08 | 0.8 |
| WPHL | 1.63 | 11.4 | 1.06 | 11.3 |
| WPPX | 0.01 | 0.1 | 0.00 | 0.0 |
| WPSG | 0.82 | 5.8 | 0.81 | 8.6 |
| WPVI | 3.23 | 22.7 | 2.73 | 29.0 |
| WTXF | 1.24 | 8.7 | 0.81 | 8.6 |
| WUVP | 0.12 | 0.9 | 0.11 | 1.1 |
| WWSI | 0.01 | 0.1 | 0.00 | 0.0 |
| | 10.57 | 74.3 | 7.88 | 83.8 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **12PM-4PM** | | | | |
| KYW | 2.46 | 15.0 | 1.67 | 16.8 |
| WCAU | 1.44 | 8.7 | 1.33 | 13.4 |
| WHYY | 0.37 | 2.2 | 0.13 | 1.3 |
| WPHL | 1.59 | 9.7 | 0.93 | 9.4 |
| WPPX | 0.09 | 0.6 | 0.03 | 0.3 |
| WPSG | 0.46 | 2.8 | 0.19 | 2.0 |
| WPVI | 3.36 | 20.4 | 2.53 | 25.5 |
| WTXF | 1.15 | 7.0 | 0.83 | 8.4 |
| WUVP | 0.32 | 2.0 | 0.11 | 1.1 |
| WWSI | 0.07 | 0.4 | 0.00 | 0.0 |
| | 11.30 | 68.7 | 7.75 | 78.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets listed above represent those outlets that are properly encoding their signal for greater than 90% of the days in the survey period.

ARB 00861

**Philadelphia PPM Outlet - TV**
**AQH Rankings by Daypart**
**Total Persons Age 18-49, Entire DMA**

| Analysis Period | |
|---|---|
| Start Date: | 4/25/02 |
| End Date: | 5/22/02 |
| Population: | 3,468,179 |
| Avg. Daily Intab: | 557 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **7PM-7:30PM** | | | | |
| KYW | 2.28 | 6.6 | 1.41 | 6.0 |
| WCAU | 3.70 | 10.7 | 2.56 | 11.0 |
| WHYY | 0.14 | 0.4 | 0.03 | 0.1 |
| WPHL | 3.02 | 8.7 | 2.71 | 11.6 |
| WPPX | 0.16 | 0.5 | 0.22 | 0.9 |
| WPSG | 2.79 | 8.1 | 2.36 | 10.1 |
| WPVI | 5.84 | 16.9 | 4.35 | 18.6 |
| WTXF | 5.26 | 15.3 | 3.63 | 15.5 |
| WUVP | 0.48 | 1.4 | 0.45 | 1.9 |
| WWSI | 0.11 | 0.3 | 0.00 | 0.0 |
| | 23.77 | 68.8 | 17.72 | 75.9 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **7:30PM-8PM** | | | | |
| KYW | 1.75 | 4.8 | 1.31 | 5.3 |
| WCAU | 4.63 | 12.7 | 3.65 | 14.7 |
| WHYY | 0.59 | 1.6 | 0.20 | 0.8 |
| WPHL | 3.06 | 8.3 | 2.67 | 10.8 |
| WPPX | 0.11 | 0.3 | 0.36 | 1.4 |
| WPSG | 3.72 | 10.2 | 2.90 | 11.7 |
| WPVI | 4.40 | 12.1 | 3.27 | 13.2 |
| WTXF | 4.75 | 13.0 | 3.56 | 14.4 |
| WUVP | 0.62 | 1.7 | 0.49 | 2.0 |
| WWSI | 0.15 | 0.4 | 0.00 | 0.0 |
| | 23.78 | 65.1 | 18.41 | 74.4 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **8PM-11PM** | | | | |
| KYW | 6.30 | 12.3 | 5.42 | 14.1 |
| WCAU | 9.34 | 18.3 | 8.17 | 21.4 |
| WHYY | 0.82 | 1.6 | 0.73 | 1.9 |
| WPHL | 2.88 | 5.7 | 2.75 | 7.2 |
| WPPX | 0.24 | 0.5 | 0.21 | 0.6 |
| WPSG | 3.18 | 6.2 | 2.57 | 6.7 |
| WPVI | 5.98 | 11.9 | 4.85 | 12.7 |
| WTXF | 5.11 | 10.2 | 3.83 | 10.0 |
| WUVP | 0.52 | 1.0 | 0.48 | 1.2 |
| WWSI | 0.15 | 0.3 | 0.00 | 0.0 |
| | 34.51 | 68.2 | 29.00 | 75.8 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets listed above represent those outlets that are properly encoding their signal for greater than 90% of the days in the survey period.

ARB 00885

Philadelphia PPM Outlet - TV
AQH Rankings by Daypart
Total Persons Age 25-54, Entire DMA

**Analysis Period**

| | |
|---|---|
| Start Date: | 4/25/02 |
| End Date: | 5/22/02 |
| Population: | 3,297,126 |
| Avg. Daily Intab: | 578 |

**Broadcast TV**

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-9AM** | | | | |
| KYW | 1.03 | 6.0 | 1.06 | 8.8 |
| WCAU | 3.99 | 23.3 | 3.23 | 26.8 |
| WHYY | 0.60 | 3.5 | 0.30 | 2.5 |
| WPHL | 0.47 | 2.8 | 0.35 | 2.9 |
| WPPX | 0.01 | 0.0 | 0.00 | 0.0 |
| WPSG | 0.13 | 0.8 | 0.01 | 0.1 |
| WPVI | 4.28 | 25.0 | 4.15 | 34.5 |
| WTXF | 2.76 | 16.1 | 1.30 | 10.8 |
| WUVP | 0.12 | 0.7 | 0.21 | 1.7 |
| WWSI | 0.01 | 0.1 | 0.00 | 0.0 |
| | 13.40 | 78.3 | 10.62 | 88.2 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **9AM-12PM** | | | | |
| KYW | 1.29 | 9.9 | 0.70 | 8.3 |
| WCAU | 1.41 | 10.9 | 1.18 | 14.1 |
| WHYY | 0.51 | 4.0 | 0.08 | 0.9 |
| WPHL | 1.33 | 10.3 | 0.87 | 10.3 |
| WPPX | 0.02 | 0.2 | 0.00 | 0.0 |
| WPSG | 0.79 | 6.2 | 0.47 | 5.5 |
| WPVI | 2.36 | 18.2 | 2.36 | 28.0 |
| WTXF | 1.44 | 11.2 | 1.00 | 11.8 |
| WUVP | 0.10 | 0.7 | 0.09 | 1.0 |
| WWSI | 0.01 | 0.0 | 0.00 | 0.0 |
| | 9.26 | 71.6 | 6.74 | 80.0 |

| Monday-Friday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **12PM-4PM** | | | | |
| KYW | 1.62 | 11.9 | 1.08 | 12.7 |
| WCAU | 1.34 | 9.8 | 1.22 | 14.5 |
| WHYY | 0.32 | 2.3 | 0.13 | 1.5 |
| WPHL | 1.38 | 10.1 | 0.89 | 10.5 |
| WPPX | 0.06 | 0.4 | 0.02 | 0.3 |
| WPSG | 0.36 | 2.6 | 0.17 | 2.0 |
| WPVI | 2.45 | 17.9 | 2.61 | 30.8 |
| WTXF | 1.24 | 9.1 | 0.71 | 8.3 |
| WUVP | 0.17 | 1.2 | 0.14 | 1.7 |
| WWSI | 0.10 | 0.7 | 0.00 | 0.0 |
| | 9.05 | 66.2 | 6.97 | 82.3 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets listed above represent those outlets that are properly encoding their signal for greater than 90% of the days in the survey period.

ARB 00905

# EXHIBIT "6"



# Media Outlets Encoding

Following is a list of the outlets, sorted by media type, that are encoding their signals. The percentage of time properly encoding during the April-July 2002 survey period (March 28 –August 7) impacts their inclusion in the estimates (see Reporting Criteria).

| Cable | Percent of Time Encoding | | | | |
|---|---|---|---|---|---|
| Outlet Name | April (3/28-4/24) | May (4/25-5/22) | June (5/30-6/26) | July (7/11-8/7) | Outside of Survey Periods |
| A&E | 100% | 100% | 100% | 100% | 100% |
| Animal Planet | <80% | <80% | 100% | 100% | 100% |
| BET | 100% | 100% | 100% | 100% | 100% |
| CN8 | 100% | 100% | 100% | 100% | 100% |
| CNN | 100% | 100% | 100% | 100% | 100% |
| CSN | 100% | 100% | 100% | 100% | 100% |
| Court TV | <80% | 100% | 100% | 100% | 100% |
| Discovery | 100% | 100% | 100% | 100% | 100% |
| E! Entertainment | 100% | 100% | 100% | 100% | 100% |
| ESPN | 100% | 100% | 100% | 100% | 100% |
| ESPN2 | 100% | 100% | 100% | 100% | 100% |
| FX | 100% | 100% | 100% | 100% | 100% |
| Golf Channel | <80% | <80% | <80% | <80% | 100% |
| Headline News | 100% | 100% | 100% | 100% | 100% |
| History Channel | 100% | 100% | 100% | 100% | 100% |
| Lifetime | 100% | 100% | 100% | 100% | 100% |
| MSNBC | 100% | 100% | 100% | 100% | 100% |
| MTV | 100% | 100% | 100% | 100% | 100% |
| NICK | 100% | 100% | 100% | 80-99% | 100% |
| TBS | 100% | 100% | <80% | 100% | 100% |
| TLC | <80% | <80% | <80% | 100% | 100% |
| TNN | 100% | 100% | 100% | 100% | 100% |
| TNT | 100% | 100% | 100% | 100% | 100% |
| Travel Channel | <80% | <80% | <80% | 100% | 100% |
| VH1 | 100% | 100% | 100% | 100% | 100% |
| Weather Channel | 100% | 100% | 100% | 100% | 100% |

| Television | | Percent of Time Encoding | | | | |
|---|---|---|---|---|---|---|
| Outlet Name | | April (3/28-4/24) | May (4/25-5/22) | June (5/30-6/26) | July (7/11-8/7) | Outside of Survey Periods |
| KYW-TV | CBS | 100% | 100% | 100% | 100% | 100% |
| WCAU-TV | NBC | 100% | 100% | 100% | 100% | 100% |
| WGTW-TV | Ind. | <80% | <80% | <80% | <80% | 100% |
| WHYY-TV | PBS | 80-99% | 100% | 100% | 100% | 100% |
| WPHL-TV | WB | 100% | 100% | 100% | 100% | 100% |
| WPPX-TV | PAX | 100% | 100% | 100% | 100% | 100% |
| WPSG-TV | UPN | 100% | 100% | 100% | 100% | 100% |
| WPVI-TV | ABC | 100% | 100% | 100% | 100% | 100% |
| WTXF-TV | FOX | 100% | 100% | 100% | 100% | 100% |
| WUVP-TV | Univision | 100% | 100% | 100% | 100% | 100% |
| WWSI-TV | Telemundo | 100% | 100% | 100% | 100% | 100% |

## Reporting Criteria

**100%**
The outlets and all of their components were properly encoding their signal for 100% of the days in this survey period.

**80-99%**
This outlet or one and/or all of its components was properly encoding its signal for 80-99% of the days in the selected survey period. Estimates include all days in the selected survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

**<80%**
This outlet or one and/or all of its components was properly encoding its signal for less than 80% of the days in the selected survey period and therefore did not meet reporting criteria. No estimates are provided.

When an outlet or one and/or all of its components is properly encoding its signal for less than 80% of the selected survey period, no estimates are provided. All exposures to the outlet are counted, however, and will be included in the determination of Persons Using Measured Media (PUMM). As a result, a user may note that total AQH and PUMM do not always match.

ARB 01039

**┤ M E D I A   O U T L E T S   E N C O D I N G ├**

| Radio | Percent of Time Encoding | | | | | Reporting Criteria |
|---|---|---|---|---|---|---|
| Outlet Name | April (3/28-4/24) | May (4/25-5/22) | June (5/30-6/26) | July (7/11-8/7) | Outside of Survey Periods | |
| KYW-AM (1060) | 100% | 100% | 100% | 100% | 100% | |
| WAEB-FM (104.1) | 100% | 100% | 100% | 100% | 100% | |
| WBEB-FM (101.1) | 100% | 100% | 100% | 100% | 100% | |
| WCTO-FM (96.1) | 100% | 100% | 100% | 100% | 100% | |
| WDAS-AM (1480) | 100% | 100% | 100% | 80-99% | 100% | |
| WDAS-FM (105.3) | 100% | 100% | 100% | 100% | 100% | |
| WDEL-AM (1150) | 100% | 100% | 100% | 100% | 100% | |
| WDOV-AM (1410) | 100% | 100% | 100% | 100% | 100% | |
| WDSD-FM (92.9) | 100% | 100% | 100% | 100% | 100% | |
| WEMG-AM (1310) | 100% | 100% | 100% | 100% | 100% | |
| WEMG-FM (104.9) | 100% | 100% | 100% | 100% | offline 4 days (6/28-7/1) | |
| WHAT-AM (1340) | 100% | 100% | 100% | 100% | 100% | |
| WHYY-FM (90.9) | 100% | 100% | 100% | 100% | 100% | |
| WILM-AM (1450) | 100% | 100% | 100% | 100% | 100% | |
| WIOQ-FM (102.1) | 100% | 100% | 100% | 100% | 100% | |
| WIP-AM (610) | 100% | 100% | 100% | 100% | 100% | |
| WJBR-AM (1290) | 100% | 100% | 100% | 100% | 100% | |
| WJBR-FM (99.5) | 100% | 100% | 100% | 100% | 100% | |
| WJJZ-FM (106.1) | 100% | 100% | 100% | 80-99% | 100% | |
| WJKS-FM (101.7) | 100% | 100% | 100% | 100% | 100% | |
| WKXW-FM (NJ101.5) | 100% | 100% | 100% | 100% | 100% | |
| WLCE-FM (104.5) | 100% | 100% | 100% | 80-99% | 100% | |
| WLEV-FM (100.7) | 100% | 100% | 100% | 100% | 100% | |
| WMGK-FM (102.9) | 100% | 100% | 100% | 100% | 100% | |
| WMMR-FM (93.3) | 100% | 100% | 100% | 100% | 100% | |
| WMWX-FM (95.7) | 100% | 100% | 100% | 100% | 100% | |
| WNJO-FM (94.5) | 80-99% | 100% | 100% | 100% | 100% | |
| WODE-FM (99.9) | 100% | 100% | 100% | 100% | 100% | |
| WOGL-FM (98.1) | 100% | 100% | 100% | 100% | 100% | |
| WPEN-AM (950) | 100% | 100% | 100% | 100% | 100% | |
| WPHI-FM (103.9) | 100% | 100% | 100% | 100% | 100% | |
| WPHT-AM (1210) | 100% | 100% | 100% | 100% | 100% | |
| WPLY-FM (100.3) | 100% | 100% | 100% | 100% | 100% | |
| WPST-FM (97.5) | 100% | 100% | 100% | 100% | 100% | |
| WPTP-FM (96.5) | 100% | 100% | 100% | 100% | 100% | |
| WRDX-FM (94.7) | 100% | 100% | 100% | 100% | 100% | |
| WRFY-FM (102.5) | 100% | 100% | 100% | 100% | 100% | |
| WRTI-FM (90.1) | 100% | 100% | 100% | 100% | 100% | |
| WSTW-FM (93.7) | 100% | 100% | 100% | 100% | 100% | |
| WURD-AM (900) | 100% | 100% | 100% | 100% | 100% | |
| WUSL-FM (98.9) | 100% | 100% | 100% | 100% | 100% | |
| WWJZ-AM (640) | 100% | 100% | 100% | 100% | 100% | |
| WXCY-FM (103.7) | 100% | 100% | 100% | 100% | 100% | |
| WXPN-FM (88.5) | 100% | 100% | 100% | <80% | 100% | |
| WXTU-FM (92.5) | 80-99% | 100% | 100% | 100% | 100% | |
| WYSP-FM (94.1) | 100% | 100% | 100% | 100% | 100% | |
| WZZO-FM (95.1) | 100% | 100% | 100% | 100% | 100% | |

**Reporting Criteria**

**100%**
The outlets and all of their components were properly encoding their signal for 100% of the days in this survey period.

**80-99%**
This outlet or one and/or all of its components was properly encoding its signal for 80-99% of the days in the selected survey period. Estimates include all days in the selected survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

**<80%**
This outlet or one and/or all of its components is properly encoding its signal for less than 80% of the days in the selected survey period and therefore did not meet reporting criteria. No estimates are provided.

**ARB 01040**

 ARBITRON

© 2002 Arbitron Inc.    Printed in the USA.    500 02-PPM-331   9/02

www.arbitron.com

| New York | Chicago | Atlanta | Los Angeles | Dallas | Washington/Baltimore | Birmingham |
|---|---|---|---|---|---|---|
| 142 West 57th Street | 222 South Riverside Plaza | 9000 Central Parkway | 10877 Wilshire Boulevard | 13355 Noel Road | 9705 Patuxent Woods Drive | 3500 Colonade Parkway |
| New York, NY 10019 | Suite 1050 | Suite 300 | Suite 1600 | Suite 1120 | Columbia, MD 21046 | Suite 400 |
| (212) 887-1300 | Chicago, IL 60606 | Atlanta, GA 30328 | Los Angeles, CA 90024 | Dallas, TX 75240 | (410) 312-8000 | Birmingham, AL 35243 |
| | (312) 542-1900 | (770) 668-5400 | (310) 824-6600 | (972) 385-5388 | | |

# Television Ranker

Time Period: Th-We 5A-5A
Survey: May-02 - Dates Int 04/25/2002 to 05/22/2002
Geography: Philadelphia-DMA
Target: P 6+

Population: 7005200
In-Tab: 1099
Percent of Population: 100.0

| Station | Metric | | | |
|---|---|---|---|---|
| WPHL-TV Th-We 5A-5A | Rating | 1.4 | 1.2 | 1.2 |
| WB Th-We 5A-5A n.a. | Shr% | 6.0 | 5.6 | 5.4 |
| | WK Cume# | 452974 | 4454656 | 4470247 |
| | AVG Daily Cume% | 26.4 | 24.9 | 25.5 |
| | AVG Daily Cume# | 185011 | 1741219 | 1788253 |
| | In-Tab | 1099 | 1082 | 1082 |
| WPSG-TV Th-We 5A-5A | Rating | 1.3 | 1.2 | 1.2 |
| UPN Th-We 5A-5A n.a. | Shr% | 5.5 | 5.5 | 5.6 |
| | WK Cume# | 449608 | 4218375 | 4280423 |
| | AVG Daily Cume% | 23.5 | 22.4 | 23.1 |
| | AVG Daily Cume# | 164347 | 1570510 | 1615576 |
| | In-Tab | 1099 | 1134 | 1082 |
| WUVP-TV Th-We 5A-5A | Rating | 0.3 | 0.2 | 0.2 |
| UNI Th-We 5A-5A n.a. | Shr% | 1.1 | 1.0 | 1.0 |
| | WK Cume# | 438565 | 521117 | 424964 |
| | AVG Daily Cume% | 2.6 | 2.6 | 2.2 |
| | AVG Daily Cume# | 180013 | 178729 | 156079 |
| | In-Tab | 1099 | 1134 | 1082 |
| WWSI-TV Th-We 5A-5A | Rating | 0.1 | 0.1 | 0.1 |
| TEL Th-We 5A-5A n.a. | Shr% | 0.2 | 0.3 | 0.3 |
| | WK Cume# | 278983 | 256028 | 289443 |
| | AVG Daily Cume% | 1.2 | 1.2 | 1.4 |
| | AVG Daily Cume# | 87533 | 86427 | 98855 |
| | In-Tab | 1099 | 1134 | 1082 |
| WPPX-TV Th-We 5A-5A | Rating | 0.2 | 0.2 | 0.2 |
| PAX Th-We 5A-5A n.a. | Shr% | 0.6 | 0.7 | 0.8 |
| | WK Cume# | 123743 | 1374024 | 1338267 |
| | AVG Daily Cume% | 4.4 | 4.7 | 4.8 |
| | AVG Daily Cume# | 307654 | 329656 | 334176 |
| | In-Tab | 1099 | 1134 | 1082 |
| WCAU-TV Th-We 5A-5A | Rating | 3.6 | 3.2 | 2.4 |
| NBC Th-We 5A-5A n.a. | Shr% | 15.1 | 14.2 | 10.6 |
| | WK Cume# | 612135 | 5733019 | 5669960 |
| | AVG Daily Cume% | 48.7 | 44.3 | 39.8 |

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

(c) 2002 Arbitron Inc.   Help Line # : 1-866-776-8300 24/7.    Powered by MarkData Technology

ARB 01041



ARBITRON

PPM Data — PORTABLE PEOPLE METER

# Television Ranker

Time Period: Th-We 5A-5A
Survey: May-02 - Dates In( 04/25/2002 to 05/22/2002 )
Target: P 6+
Geography: Philadelphia-DMA

Population: 7005200
In-Tab: 1099
Percent of Population: 100.0

| Station | Prog Name / Daypart | Metric | Col 1 | Col 2 | Col 3 |
|---|---|---|---|---|---|
| WGTW-T IND | Th-We 5A-5A / n.a. | AVG Daily Cume# | 341012 | 3100587 | 2780416 |
| | | In-Tab | 1099 | 1134 | 1082 |
| | | Rating | ** | ** | ** |
| | | Shr% | ** | ** | ** |
| | | Rating | 0.5 | 0.4 | 0.5 |
| | | Shr% | 2.2 | 1.8 | 2.2 |
| | | WK Cume# | 288793 | 2403150 | 2876838 |
| | | AVG Daily Cume% | 12.4 | 10.2 | 12.4 |
| WHYY-TV IND | Th-We 5A-5A / n.a. | WK Cume# | 865435 | 711751 | 868053 |
| | | In-Tab | 1099 | 1134 | 1082 |
| | | Rating | 1.9 | 1.7 | 1.7 |
| | | Shr% | 8.1 | 7.7 | 7.4 |
| | | AVG Daily Cume# | 540187 | 521105 | 5292615 |
| | | AVG Daily Cume% | 35.3 | 33.2 | 33.7 |
| WTXF-TV FOX | Th-We 5A-5A / n.a. | WK Cume# | 247616 | 2326030 | 2363807 |
| | | In-Tab | 1099 | 1134 | 1082 |
| | | Rating | 2.5 | 2.1 | 2.0 |
| | | Shr% | 10.5 | 9.4 | 8.9 |
| | | AVG Daily Cume# | 572374 | 5400951 | 5375424 |
| | | AVG Daily Cume% | 40.0 | 36.7 | 36.6 |
| KYW-TV CBS | Th-We 5A-5A / n.a. | WK Cume# | 280051 | 2570036 | 2564420 |
| | | In-Tab | 1099 | 1134 | 1082 |
| | | Rating | 3.9 | 3.7 | 3.7 |
| | | Shr% | 16.6 | 16.6 | 16.3 |
| | | AVG Daily Cume# | 604578 | 5804272 | 5857757 |
| | | AVG Daily Cume% | 51.2 | 48.8 | 49.0 |
| WPVI-TV ABC | Th-We 5A-5A / n.a. | WK Cume# | 358482 | 3416460 | 3429296 |
| | | In-Tab | 1099 | 1134 | 1082 |

*(handwritten note:) Footnote on last page of report*

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

(c) 2002 Arbitron Inc.   Help Line # : 1-866-776-8300 24/7.     Powered by MarkData Technology

PPM Data
PORTABLE PEOPLE METER

ARBITRON

ARB 01042

**PPMData**
PORTABLE PEOPLE METE

**Television Ranker**

Time Period: Th-We 5A-5A
Survey: May-02 - Dates In( 04/25/2002 to 05/22/2002)
Target: P 6+
Geography: Philadelphia-DMA

Population: 7005200
In-Tab: 1099
Percent of Population: 100.0

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

The outlets and all of their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
** This outlet or one and/or all of its components was properly encoding its signal for 80-99% of the days in this
days in the selected survey period and therefore did not meet reporting criteria. No estimates are provided.
^ This outlet or one and/or all of its components was properly encoding its signal for 80-99% of the days in the selected survey period. Estimates include all days in the selected survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.
* This analysis can not be provided due to less than 30 intab. Estimates based on a sample size of less than 30 are considered unstable.

(c) 2002 Arbitron Inc.    Help Line # : 1-866-778-8300 24/7.    Powered by MarkData Technology



ARB 01043

# EXHIBIT "7"

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
**Total Persons Age 6+, Entire DMA**

| PPM Parameters | |
|---|---|
| Start Date: | 7/11/02 |
| End Date: | 8/7/02 |
| Population: | 7,005,200 |
| Avg. Daily Intab: | 1,082 |

## Broadcast TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 2.41 | 9.4 | 1.97 | 12.0 |
| WCAU (NBC) | 2.75 | 10.7 | 2.25 | 13.8 |
| WHYY (PBS) | 0.62 | 2.4 | 0.44 | 2.7 |
| WPHL (WB) | 1.45 | 5.6 | 1.06 | 6.5 |
| WPPX (PAX) | 0.22 | 0.8 | 0.18 | 1.1 |
| WPSG (UPN) | 1.35 | 5.3 | 0.84 | 5.1 |
| WPVI (ABC) | 4.42 | 17.2 | 3.28 | 20.1 |
| WTXF (FOX) | 2.03 | 7.9 | 1.31 | 8.0 |
| WUVP (Univision) | 0.27 | 1.1 | 0.10 | 0.6 |
| WWSI (Telemundo) | 0.08 | 0.3 | 0.00 | 0.0 |
| | 15.60 | 60.7 | 11.43 | 69.9 |

## Cable TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.46 | 1.8 | 0.27 | 1.7 |
| ANIMAL PLANET | 0.18 | 0.7 | 0.07 | 0.4 |
| BET | 0.41 | 1.6 | 0.14 | 0.8 |
| CN8 | 0.07 | 0.3 | 0.01 | 0.1 |
| CNN | 0.45 | 1.7 | 0.23 | 1.4 |
| COURT TV | 0.20 | 0.8 | 0.07 | 0.4 |
| CSN | 0.50 | 1.9 | 0.24 | 1.5 |
| DISCOVERY | 0.29 | 1.1 | 0.12 | 0.8 |
| ESPN | 0.48 | 1.9 | 0.23 | 1.4 |
| ESPN2 | 0.18 | 0.7 | 0.04 | 0.2 |
| ETV | 0.22 | 0.9 | 0.07 | 0.4 |
| FX | 0.24 | 0.9 | 0.11 | 0.7 |
| HEADLINE NEW | 0.08 | 0.3 | 0.01 | 0.0 |
| HISTORY CHAN | 0.36 | 1.4 | 0.13 | 0.8 |
| LIFETIME | 0.77 | 3.0 | 0.62 | 3.8 |
| MSNBC | 0.22 | 0.9 | 0.09 | 0.5 |
| MTV | 0.70 | 2.7 | 0.21 | 1.3 |
| NICKELODEON^ | 1.60^ | 6.2 | 1.01 | 6.2 |
| TBS | 0.76 | 2.9 | 0.37 | 2.3 |
| TLC | 0.35 | 1.4 | 0.21 | 1.3 |
| TNN | 0.33 | 1.3 | 0.12 | 0.7 |
| TNT | 0.82 | 3.2 | 0.44 | 2.7 |
| TRAVEL CHANNEL | 0.05 | 0.2 | 0.01 | 0.1 |
| VH1 | 0.23 | 0.9 | 0.04 | 0.2 |
| WEATHER CHAN | 0.18 | 0.7 | 0.06 | 0.4 |
| | 10.11 | 39.3 | 4.93 | 30.1 |
| **Total Encoded TV** | **25.71** | **100.0** | **16.36** | **100.00** |

\* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period. Estimates include all days in this survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00927

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Men Age 18+, Entire DMA

PPM Parameters
Start Date:    7/11/02
End Date:    8/7/02
Population:    2,696,400
Avg. Daily
Intab:    432

**Broadcast TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
| --- | --- | --- | --- | --- |
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 1.98 | 8.4 | 1.55 | 11.0 |
| WCAU (NBC) | 2.88 | 12.2 | 2.03 | 14.3 |
| WHYY (PBS) | 0.55 | 2.4 | 0.35 | 2.5 |
| WPHL (WB) | 1.29 | 5.5 | 0.73 | 5.2 |
| WPPX (PAX) | 0.15 | 0.6 | 0.13 | 0.9 |
| WPSG (UPN) | 1.25 | 5.3 | 0.75 | 5.3 |
| WPVI (ABC) | 3.60 | 15.3 | 2.77 | 19.5 |
| WTXF (FOX) | 2.09 | 8.9 | 1.30 | 9.2 |
| WUVP (Univision) | 0.12 | 0.5 | 0.05 | 0.4 |
| WWSI (Telemundo) | 0.09 | 0.4 | 0.00 | 0.0 |
| | 14.00 | 59.4 | 9.67 | 68.3 |

**Cable TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
| --- | --- | --- | --- | --- |
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.43 | 1.8 | 0.23 | 1.6 |
| ANIMAL PLANET | 0.16 | 0.7 | 0.07 | 0.5 |
| BET | 0.29 | 1.2 | 0.11 | 0.8 |
| CN8 | 0.07 | 0.3 | 0.01 | 0.1 |
| CNN | 0.51 | 2.2 | 0.30 | 2.1 |
| COURT TV | 0.19 | 0.8 | 0.08 | 0.5 |
| CSN | 0.75 | 3.2 | 0.43 | 3.0 |
| DISCOVERY | 0.31 | 1.3 | 0.16 | 1.2 |
| ESPN | 0.70 | 3.0 | 0.44 | 3.1 |
| ESPN2 | 0.25 | 1.1 | 0.06 | 0.5 |
| ETV | 0.23 | 1.0 | 0.07 | 0.5 |
| FX | 0.32 | 1.3 | 0.15 | 1.1 |
| HEADLINE NEW | 0.10 | 0.4 | 0.01 | 0.1 |
| HISTORY CHAN | 0.56 | 2.4 | 0.24 | 1.7 |
| LIFETIME | 0.47 | 2.0 | 0.26 | 1.8 |
| MSNBC | 0.29 | 1.3 | 0.09 | 0.6 |
| MTV | 0.50 | 2.1 | 0.14 | 1.0 |
| NICKELODEON^ | 0.71^ | 3.0 | 0.29 | 2.0 |
| TBS | 0.79 | 3.3 | 0.40 | 2.8 |
| TLC | 0.27 | 1.1 | 0.13 | 1.0 |
| TNN | 0.37 | 1.6 | 0.16 | 1.1 |
| TNT | 0.83 | 3.5 | 0.53 | 3.7 |
| TRAVEL CHANNEL | 0.06 | 0.3 | 0.01 | 0.1 |
| VH1 | 0.20 | 0.9 | 0.03 | 0.2 |
| WEATHER CHAN | 0.21 | 0.9 | 0.09 | 0.7 |
| | 9.57 | 40.6 | 4.49 | 31.7 |
| **Total Encoded TV** | 23.57 | 100.0 | 14.15 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience
estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of
these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both
properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00928

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Women Age 18+, Entire DMA

| PPM Parameters | |
|---|---|
| Start Date: | 7/11/02 |
| End Date: | 8/7/02 |
| Population: | 3,011,800 |
| Avg. Daily Intab: | 498 |

## Broadcast TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 3.16 | 11.2 | 2.93 | 14.5 |
| WCAU (NBC) | 3.18 | 11.2 | 3.10 | 15.4 |
| WHYY (PBS) | 0.69 | 2.4 | 0.51 | 2.5 |
| WPHL (WB) | 1.35 | 4.8 | 1.23 | 6.1 |
| WPPX (PAX) | 0.34 | 1.2 | 0.28 | 1.4 |
| WPSG (UPN) | 1.32 | 4.7 | 0.89 | 4.4 |
| WPVI (ABC) | 6.04 | 21.3 | 4.75 | 23.5 |
| WTXF (FOX) | 2.08 | 7.4 | 1.49 | 7.4 |
| WUVP (Univision) | 0.50 | 1.8 | 0.16 | 0.8 |
| WWSI (Telemundo) | 0.08 | 0.3 | 0.00 | 0.0 |
| | 18.74 | 66.2 | 15.34 | 76.0 |

## Cable TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.6 | 2.1 | 0.41 | 2.1 |
| ANIMAL PLANET | 0.19 | 0.7 | 0.08 | 0.4 |
| BET | 0.37 | 1.3 | 0.08 | 0.4 |
| CN8 | 0.08 | 0.3 | 0.02 | 0.1 |
| CNN | 0.48 | 1.7 | 0.26 | 1.3 |
| COURT TV | 0.27 | 1.0 | 0.10 | 0.5 |
| CSN | 0.37 | 1.3 | 0.15 | 0.7 |
| DISCOVERY | 0.33 | 1.2 | 0.12 | 0.6 |
| ESPN | 0.33 | 1.1 | 0.10 | 0.5 |
| ESPN2 | 0.12 | 0.4 | 0.02 | 0.1 |
| ETV | 0.23 | 0.8 | 0.09 | 0.4 |
| FX | 0.22 | 0.8 | 0.10 | 0.5 |
| HEADLINE NEW | 0.06 | 0.2 | 0.00 | 0.0 |
| HISTORY CHAN | 0.23 | 0.8 | 0.09 | 0.4 |
| LIFETIME | 1.12 | 4.0 | 1.16 | 5.8 |
| MSNBC | 0.2 | 0.7 | 0.12 | 0.6 |
| MTV | 0.53 | 1.9 | 0.17 | 0.8 |
| NICKELODEON^ | 1.08^ | 3.8 | 0.37 | 1.8 |
| TBS | 0.68 | 2.4 | 0.39 | 1.9 |
| TLC | 0.44 | 1.5 | 0.33 | 1.6 |
| TNN | 0.22 | 0.8 | 0.08 | 0.4 |
| TNT | 0.93 | 3.3 | 0.50 | 2.5 |
| TRAVEL CHANNEL | 0.05 | 0.2 | 0.01 | 0.1 |
| VH1 | 0.23 | 0.8 | 0.05 | 0.2 |
| WEATHER CHAN | 0.21 | 0.7 | 0.05 | 0.3 |
| | 9.56 | 33.8 | 4.85 | 24.0 |
| **Total Encoded TV** | 28.30 | 100.0 | 20.19 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience
estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of
these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both
properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00929

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Children Age 6-11, Entire DMA

PPM Parameters
Start Date:      7/11/02
End Date:        8/7/02
Population:      651,600
Avg. Daily
Intab:           75

**Broadcast TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 1.95 | 7.9 | 0.40 | 3.2 |
| WCAU (NBC) | 1.74 | 7.0 | 0.52 | 4.2 |
| WHYY (PBS) | 1.00 | 4.0 | 0.69 | 5.5 |
| WPHL (WB) | 1.83 | 7.4 | 0.99 | 7.9 |
| WPPX (PAX) | 0.06 | 0.2 | 0.03 | 0.3 |
| WPSG (UPN) | 1.71 | 6.9 | 0.67 | 5.3 |
| WPVI (ABC) | 2.64 | 10.7 | 0.85 | 6.8 |
| WTXF (FOX) | 1.95 | 7.9 | 0.74 | 5.9 |
| WUVP (Univision) | 0.06 | 0.2 | 0.10 | 0.8 |
| WWSI (Telemundo) | 0.07 | 0.3 | 0.00 | 0.0 |
| | 13.02 | 52.5 | 4.99 | 39.9 |

**Cable TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.12 | 0.5 | 0.02 | 0.1 |
| ANIMAL PLANET | 0.15 | 0.6 | 0.05 | 0.4 |
| BET | 0.39 | 1.6 | 0.16 | 1.3 |
| CN8 | 0.05 | 0.2 | 0.00 | 0.0 |
| CNN | 0.31 | 1.2 | 0.00 | 0.0 |
| COURT TV | 0.07 | 0.3 | 0.00 | 0.0 |
| CSN | 0.25 | 1.0 | 0.04 | 0.3 |
| DISCOVERY | 0.17 | 0.7 | 0.04 | 0.3 |
| ESPN | 0.29 | 1.2 | 0.06 | 0.5 |
| ESPN2 | 0.12 | 0.5 | 0.01 | 0.1 |
| ETV | 0.13 | 0.5 | 0.01 | 0.1 |
| FX | 0.10 | 0.4 | 0.03 | 0.2 |
| HEADLINE NEW | 0.08 | 0.3 | 0.00 | 0.0 |
| HISTORY CHAN | 0.27 | 1.1 | 0.02 | 0.2 |
| LIFETIME | 0.49 | 2.0 | 0.07 | 0.6 |
| MSNBC | 0.20 | 0.8 | 0.02 | 0.2 |
| MTV | 0.54 | 2.2 | 0.12 | 1.0 |
| NICKELODEON^ | 5.94^ | 23.9 | 6.44 | 51.5 |
| TBS | 0.67 | 2.7 | 0.13 | 1.1 |
| TLC | 0.27 | 1.1 | 0.06 | 0.5 |
| TNN | 0.55 | 2.2 | 0.11 | 0.9 |
| TNT | 0.35 | 1.4 | 0.07 | 0.6 |
| TRAVEL CHANNEL | 0.04 | 0.2 | 0.00 | 0.0 |
| VH1 | 0.15 | 0.6 | 0.04 | 0.3 |
| WEATHER CHAN | 0.07 | 0.3 | 0.00 | 0.0 |
| | 11.78 | 47.5 | 7.53 | 60.1 |
| **Total Encoded TV** | **24.80** | **100.0** | **12.52** | **100.0** |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience
estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of
these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both
properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00930

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Teens Age 12-17, Entire DMA

| PPM Parameters | |
|---|---|
| Start Date: | 7/11/02 |
| End Date: | 8/7/02 |
| Population: | 645,400 |
| Avg. Daily Intab: | 78 |

**Broadcast TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 1.21 | 5.1 | 0.61 | 5.6 |
| WCAU (NBC) | 1.17 | 5.0 | 0.76 | 7.0 |
| WHYY (PBS) | 0.20 | 0.9 | 0.19 | 1.7 |
| WPHL (WB) | 2.19 | 9.3 | 1.75 | 16.0 |
| WPPX (PAX) | 0.10 | 0.4 | 0.03 | 0.3 |
| WPSG (UPN) | 1.60 | 6.8 | 1.18 | 10.8 |
| WPVI (ABC) | 2.05 | 8.7 | 0.75 | 6.9 |
| WTXF (FOX) | 1.61 | 6.8 | 1.02 | 9.3 |
| WUVP (Univision) | 0.08 | 0.4 | 0.02 | 0.2 |
| WWSI (Telemundo) | 0.08 | 0.3 | 0.00 | 0.0 |
| | 10.29 | 43.6 | 6.31 | 57.7 |

**Cable TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.22 | 0.9 | 0.05 | 0.4 |
| ANIMAL PLANET | 0.21 | 0.9 | 0.07 | 0.6 |
| BET | 1.14 | 4.8 | 0.50 | 4.6 |
| CN8 | 0.04 | 0.2 | 0.00 | 0.0 |
| CNN | 0.15 | 0.6 | 0.00 | 0.0 |
| COURT TV | 0.10 | 0.4 | 0.00 | 0.0 |
| CSN | 0.29 | 1.2 | 0.08 | 0.8 |
| DISCOVERY | 0.19 | 0.8 | 0.04 | 0.4 |
| ESPN | 0.48 | 2.0 | 0.16 | 1.4 |
| ESPN2 | 0.18 | 0.8 | 0.01 | 0.1 |
| ETV | 0.23 | 1.0 | 0.03 | 0.2 |
| FX | 0.14 | 0.6 | 0.04 | 0.4 |
| HEADLINE NEW | 0.03 | 0.1 | 0.00 | 0.0 |
| HISTORY CHAN | 0.18 | 0.8 | 0.02 | 0.2 |
| LIFETIME | 0.68 | 2.9 | 0.11 | 1.0 |
| MSNBC | 0.06 | 0.2 | 0.00 | 0.0 |
| MTV | 2.45 | 10.4 | 0.82 | 7.5 |
| NICKELODEON^ | 3.38^ | 14.3 | 1.83 | 16.7 |
| TBS | 1.04 | 4.4 | 0.40 | 3.6 |
| TLC | 0.37 | 1.6 | 0.14 | 1.3 |
| TNN | 0.48 | 2.0 | 0.11 | 1.0 |
| TNT | 0.77 | 3.3 | 0.16 | 1.5 |
| TRAVEL CHANNEL | 0.05 | 0.2 | 0.00 | 0.0 |
| VH1 | 0.36 | 1.5 | 0.04 | 0.4 |
| WEATHER CHAN | 0.08 | 0.4 | 0.01 | 0.1 |
| | 13.29 | 56.4 | 4.62 | 42.3 |
| **Total Encoded TV** | 23.58 | 100.0 | 10.93 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00931

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Persons Age 18-34, Entire DMA

PPM Parameters

| Start Date: | 7/11/02 |
|---|---|
| End Date: | 8/7/02 |
| Population: | 1,671,500 |
| Avg. Daily Intab: | 214 |

### Broadcast TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 1.20 | 5.6 | 0.81 | 7.2 |
| WCAU (NBC) | 2.40 | 11.1 | 1.52 | 13.5 |
| WHYY (PBS) | 0.44 | 2.0 | 0.15 | 1.3 |
| WPHL (WB) | 1.76 | 8.1 | 1.19 | 10.6 |
| WPPX (PAX) | 0.12 | 0.5 | 0.05 | 0.5 |
| WPSG (UPN) | 1.37 | 6.3 | 0.73 | 6.5 |
| WPVI (ABC) | 2.68 | 12.4 | 1.61 | 14.4 |
| WTXF (FOX) | 2.13 | 9.8 | 1.48 | 13.2 |
| WUVP (Univision) | 0.17 | 0.8 | 0.07 | 0.6 |
| WWSI (Telemundo) | 0.07 | 0.3 | 0.00 | 0.0 |
| | 12.33 | 57.0 | 7.62 | 67.8 |

### Cable TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.30 | 1.4 | 0.11 | 1.0 |
| ANIMAL PLANET | 0.20 | 0.9 | 0.06 | 0.5 |
| BET | 0.67 | 3.1 | 0.19 | 1.7 |
| CN8 | 0.06 | 0.3 | 0.01 | 0.0 |
| CNN | 0.22 | 1.0 | 0.15 | 1.3 |
| COURT TV | 0.14 | 0.6 | 0.06 | 0.6 |
| CSN | 0.34 | 1.6 | 0.13 | 1.2 |
| DISCOVERY | 0.24 | 1.1 | 0.10 | 0.9 |
| ESPN | 0.54 | 2.5 | 0.23 | 2.1 |
| ESPN2 | 0.17 | 0.8 | 0.02 | 0.2 |
| ETV | 0.26 | 1.2 | 0.05 | 0.5 |
| FX | 0.29 | 1.4 | 0.10 | 0.9 |
| HEADLINE NEW | 0.04 | 0.2 | 0.00 | 0.0 |
| HISTORY CHAN | 0.21 | 1.0 | 0.05 | 0.5 |
| LIFETIME | 0.68 | 3.1 | 0.42 | 3.7 |
| MSNBC | 0.12 | 0.6 | 0.01 | 0.1 |
| MTV | 1.12 | 5.2 | 0.36 | 3.2 |
| NICKELODEON^ | 0.90^ | 4.1 | 0.43 | 3.8 |
| TBS | 0.77 | 3.6 | 0.27 | 2.4 |
| TLC | 0.37 | 1.7 | 0.28 | 2.5 |
| TNN | 0.37 | 1.7 | 0.17 | 1.5 |
| TNT | 0.77 | 3.6 | 0.32 | 2.8 |
| TRAVEL CHANNEL | 0.04 | 0.2 | 0.00 | 0.0 |
| VH1 | 0.38 | 1.8 | 0.07 | 0.6 |
| WEATHER CHAN | 0.11 | 0.5 | 0.03 | 0.3 |
| | 9.31 | 43.0 | 3.61 | 32.2 |
| **Total Encoded TV** | 21.64 | 100.0 | 11.23 | 100.0 |

\* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period. Estimates include all days in this survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00932

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
**Total Persons Age 18-49, Entire DMA**

**PPM Parameters**

| | |
|---|---|
| Start Date: | 7/11/02 |
| End Date: | 8/7/02 |
| Population: | 3,454,944 |
| Avg. Daily Intab: | 516 |

**Broadcast TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 1.62 | 7.2 | 1.30 | 9.8 |
| WCAU (NBC) | 2.72 | 12.1 | 1.93 | 14.6 |
| WHYY (PBS) | 0.49 | 2.2 | 0.29 | 2.2 |
| WPHL (WB) | 1.49 | 6.6 | 1.22 | 9.2 |
| WPPX (PAX) | 0.13 | 0.6 | 0.09 | 0.7 |
| WPSG (UPN) | 1.22 | 5.4 | 0.75 | 5.7 |
| WPVI (ABC) | 3.25 | 14.5 | 2.26 | 17.1 |
| WTXF (FOX) | 2.13 | 9.5 | 1.37 | 10.3 |
| WUVP (Univision) | 0.17 | 0.7 | 0.13 | 1.0 |
| WWSI (Telemundo) | 0.07 | 0.3 | 0.00 | 0.0 |
| | 13.28 | 59.1 | 9.35 | 70.5 |

**Cable TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.31 | 1.4 | 0.19 | 1.4 |
| ANIMAL PLANET | 0.18 | 0.8 | 0.07 | 0.5 |
| BET | 0.43 | 1.9 | 0.13 | 1.0 |
| CN8 | 0.06 | 0.3 | 0.01 | 0.1 |
| CNN | 0.30 | 1.3 | 0.12 | 0.9 |
| COURT TV | 0.16 | 0.7 | 0.07 | 0.6 |
| CSN | 0.38 | 1.7 | 0.16 | 1.2 |
| DISCOVERY | 0.27 | 1.2 | 0.13 | 1.0 |
| ESPN | 0.48 | 2.2 | 0.21 | 1.6 |
| ESPN2 | 0.17 | 0.8 | 0.03 | 0.2 |
| ETV | 0.24 | 1.1 | 0.10 | 0.7 |
| FX | 0.29 | 1.3 | 0.12 | 0.9 |
| HEADLINE NEW | 0.06 | 0.3 | 0.00 | 0.0 |
| HISTORY CHAN | 0.28 | 1.2 | 0.10 | 0.7 |
| LIFETIME | 0.72 | 3.2 | 0.48 | 3.6 |
| MSNBC | 0.17 | 0.8 | 0.05 | 0.3 |
| MTV | 0.76 | 3.4 | 0.24 | 1.8 |
| NICKELODEON^ | 1.17^ | 5.2 | 0.40 | 3.1 |
| TBS | 0.73 | 3.3 | 0.35 | 2.7 |
| TLC | 0.39 | 1.7 | 0.26 | 2.0 |
| TNN | 0.33 | 1.5 | 0.14 | 1.0 |
| TNT | 0.80 | 3.6 | 0.42 | 3.2 |
| TRAVEL CHANNEL | 0.06 | 0.3 | 0.00 | 0.0 |
| VH1 | 0.30 | 1.3 | 0.06 | 0.4 |
| WEATHER CHAN | 0.14 | 0.6 | 0.05 | 0.4 |
| | 9.17 | 40.9 | 3.91 | 29.5 |
| **Total Encoded TV** | 22.45 | 100.0 | 13.26 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00933

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Persons Age 25-54, Entire DMA

| PPM Parameters | |
|---|---|
| Start Date: | 7/11/02 |
| End Date: | 8/7/02 |
| Population: | 3,279,800 |
| Avg. Daily Intab: | 534 |

**Broadcast TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 1.91 | 8.3 | 1.68 | 11.2 |
| WCAU (NBC) | 2.74 | 11.9 | 2.38 | 15.9 |
| WHYY (PBS) | 0.54 | 2.4 | 0.35 | 2.3 |
| WPHL (WB) | 1.38 | 6.0 | 1.10 | 7.3 |
| WPPX (PAX) | 0.14 | 0.6 | 0.13 | 0.9 |
| WPSG (UPN) | 1.20 | 5.2 | 0.77 | 5.1 |
| WPVI (ABC) | 3.58 | 15.5 | 2.87 | 19.2 |
| WTXF (FOX) | 2.17 | 9.4 | 1.39 | 9.3 |
| WUVP (Univision) | 0.22 | 0.9 | 0.15 | 1.0 |
| WWSI (Telemundo) | 0.10 | 0.4 | 0.00 | 0.0 |
| | 13.98 | 60.6 | 10.81 | 72.3 |

**Cable TV**

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.40 | 1.7 | 0.25 | 1.7 |
| ANIMAL PLANET | 0.16 | 0.7 | 0.08 | 0.5 |
| BET | 0.30 | 1.3 | 0.06 | 0.4 |
| CN8 | 0.07 | 0.3 | 0.01 | 0.1 |
| CNN | 0.32 | 1.4 | 0.17 | 1.1 |
| COURT TV | 0.21 | 0.9 | 0.08 | 0.5 |
| CSN | 0.43 | 1.9 | 0.20 | 1.3 |
| DISCOVERY | 0.30 | 1.3 | 0.13 | 0.9 |
| ESPN | 0.49 | 2.1 | 0.20 | 1.4 |
| ESPN2 | 0.17 | 0.8 | 0.03 | 0.2 |
| ETV | 0.22 | 0.9 | 0.11 | 0.7 |
| FX | 0.30 | 1.3 | 0.15 | 1.0 |
| HEADLINE NEW | 0.06 | 0.3 | 0.01 | 0.0 |
| HISTORY CHAN | 0.31 | 1.3 | 0.12 | 0.8 |
| LIFETIME | 0.72 | 3.1 | 0.57 | 3.8 |
| MSNBC | 0.20 | 0.9 | 0.06 | 0.4 |
| MTV | 0.50 | 2.2 | 0.14 | 1.0 |
| NICKELODEON^ | 1.16^ | 5.0 | 0.39 | 2.6 |
| TBS | 0.70 | 3.0 | 0.40 | 2.7 |
| TLC | 0.43 | 1.9 | 0.26 | 1.8 |
| TNN | 0.32 | 1.4 | 0.13 | 0.9 |
| TNT | 0.85 | 3.7 | 0.50 | 3.3 |
| TRAVEL CHANNEL | 0.06 | 0.3 | 0.01 | 0.0 |
| VH1 | 0.25 | 1.1 | 0.05 | 0.3 |
| WEATHER CHAN | 0.16 | 0.7 | 0.05 | 0.4 |
| | 9.09 | 39.4 | 4.15 | 27.7 |
| **Total Encoded TV** | 23.07 | 100.0 | 14.96 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00934

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Persons Age 35-54, Entire DMA

PPM Parameters
Start Date:      7/11/02
End Date:         8/7/02
Population:   2,289,700
Avg. Daily
Intab:              398

Broadcast TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 2.17 | 9.1 | 1.97 | 12.4 |
| WCAU (NBC) | 2.97 | 12.5 | 2.58 | 16.3 |
| WHYY (PBS) | 0.55 | 2.3 | 0.40 | 2.5 |
| WPHL (WB) | 1.23 | 5.2 | 1.07 | 6.7 |
| WPPX (PAX) | 0.14 | 0.6 | 0.16 | 1.0 |
| WPSG (UPN) | 1.13 | 4.7 | 0.82 | 5.2 |
| WPVI (ABC) | 3.91 | 16.4 | 3.17 | 20.0 |
| WTXF (FOX) | 2.16 | 9.1 | 1.32 | 8.4 |
| WUVP (Univision) | 0.21 | 0.9 | 0.16 | 1.0 |
| WWSI (Telemundo) | 0.10 | 0.4 | 0.00 | 0.0 |
| | 14.56 | 61.2 | 11.66 | 73.5 |

Cable TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.44 | 1.8 | 0.30 | 1.9 |
| ANIMAL PLANET | 0.15 | 0.6 | 0.08 | 0.5 |
| BET | 0.22 | 0.9 | 0.06 | 0.4 |
| CN8 | 0.08 | 0.3 | 0.02 | 0.1 |
| CNN | 0.39 | 1.6 | 0.14 | 0.9 |
| COURT TV | 0.24 | 1.0 | 0.08 | 0.5 |
| CSN | 0.44 | 1.8 | 0.21 | 1.3 |
| DISCOVERY | 0.32 | 1.3 | 0.15 | 1.0 |
| ESPN | 0.44 | 1.9 | 0.19 | 1.2 |
| ESPN2 | 0.16 | 0.7 | 0.03 | 0.2 |
| ETV | 0.21 | 0.9 | 0.12 | 0.7 |
| FX | 0.30 | 1.2 | 0.17 | 1.0 |
| HEADLINE NEW | 0.07 | 0.3 | 0.01 | 0.1 |
| HISTORY CHAN | 0.35 | 1.5 | 0.14 | 0.9 |
| LIFETIME | 0.80 | 3.4 | 0.58 | 3.7 |
| MSNBC | 0.22 | 0.9 | 0.08 | 0.5 |
| MTV | 0.38 | 1.6 | 0.11 | 0.7 |
| NICKELODEON^ | 1.22^ | 5.1 | 0.36 | 2.3 |
| TBS | 0.72 | 3.0 | 0.42 | 2.6 |
| TLC | 0.42 | 1.8 | 0.22 | 1.4 |
| TNN | 0.31 | 1.3 | 0.11 | 0.7 |
| TNT | 0.90 | 3.8 | 0.53 | 3.3 |
| TRAVEL CHANNEL | 0.07 | 0.3 | 0.01 | 0.0 |
| VH1 | 0.20 | 0.8 | 0.04 | 0.2 |
| WEATHER CHAN | 0.18 | 0.8 | 0.06 | 0.4 |
| | 9.22 | 38.8 | 4.21 | 26.5 |
| **Total Encoded TV** | 23.78 | 100.0 | 15.86 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience
estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of
these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both
properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00935

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Persons Age 50+, Entire DMA

PPM Parameters
Start Date:    7/11/02
End Date:      8/7/02
Population:    2,253,256
Avg. Daily
Intab:         414

Broadcast TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| KYW (CBS) | 4.11 | 13.0 | 3.77 | 16.0 |
| WCAU (NBC) | 3.53 | 11.2 | 3.59 | 15.3 |
| WHYY (PBS) | 0.83 | 2.6 | 0.66 | 2.8 |
| WPHL (WB) | 1.06 | 3.4 | 0.66 | 2.8 |
| WPPX (PAX) | 0.44 | 1.4 | 0.39 | 1.6 |
| WPSG (UPN) | 1.39 | 4.4 | 0.92 | 3.9 |
| WPVI (ABC) | 7.40 | 23.4 | 6.16 | 26.2 |
| WTXF (FOX) | 2.01 | 6.4 | 1.45 | 6.2 |
| WUVP (Univision) | 0.55 | 1.7 | 0.08 | 0.3 |
| WWSI (Telemundo) | 0.11 | 0.4 | 0.00 | 0.0 |
| | 21.44 | 67.8 | 17.69 | 75.2 |

Cable TV

| Monday-Sunday | AQH | | NMR Meter/Diary | |
|---|---|---|---|---|
| | Rating | Share* | Rating | Share* |
| **6AM-12MID** | | | | |
| A&E | 0.85 | 2.7 | 0.53 | 2.3 |
| ANIMAL PLANET | 0.18 | 0.6 | 0.09 | 0.4 |
| BET | 0.18 | 0.6 | 0.05 | 0.2 |
| CN8 | 0.10 | 0.3 | 0.02 | 0.1 |
| CNN | 0.79 | 2.5 | 0.51 | 2.2 |
| COURT TV | 0.34 | 1.1 | 0.11 | 0.5 |
| CSN | 0.80 | 2.5 | 0.45 | 1.9 |
| DISCOVERY | 0.40 | 1.3 | 0.16 | 0.7 |
| ESPN | 0.54 | 1.7 | 0.33 | 1.4 |
| ESPN2 | 0.20 | 0.6 | 0.06 | 0.3 |
| ETV | 0.21 | 0.7 | 0.05 | 0.2 |
| FX | 0.23 | 0.7 | 0.13 | 0.5 |
| HEADLINE NEW | 0.11 | 0.4 | 0.01 | 0.0 |
| HISTORY CHAN | 0.55 | 1.7 | 0.25 | 1.1 |
| LIFETIME | 0.96 | 3.0 | 1.13 | 4.8 |
| MSNBC | 0.36 | 1.1 | 0.20 | 0.8 |
| MTV | 0.14 | 0.5 | 0.02 | 0.1 |
| NICKELODEON^ | 0.48^ | 1.5 | 0.22 | 1.0 |
| TBS | 0.73 | 2.3 | 0.46 | 1.9 |
| TLC | 0.31 | 1.0 | 0.20 | 0.9 |
| TNN | 0.22 | 0.7 | 0.08 | 0.4 |
| TNT | 1.01 | 3.2 | 0.66 | 2.8 |
| TRAVEL CHANNEL | 0.05 | 0.2 | 0.02 | 0.1 |
| VH1 | 0.10 | 0.3 | 0.01 | 0.0 |
| WEATHER CHAN | 0.31 | 1.0 | 0.11 | 0.5 |
| | 10.17 | 32.2 | 5.85 | 24.8 |
| **Total Encoded TV** | 31.61 | 100.0 | 23.53 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period.  Estimates include all days in this survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00936

**Philadelphia PPM Outlet - TV**
**AQH Ratings - Total Day**
Total Persons Age 55+, Entire DMA

PPM Parameters

| | |
|---|---|
| Start Date: | 7/11/02 |
| End Date: | 8/7/02 |
| Population: | 1,747,000 |
| Avg. Daily Intab: | 317 |

## Broadcast TV

| Monday-Sunday | AQH | | | NMR Meter/Diary | |
|---|---|---|---|---|---|
| | Rating | Share* | | Rating | Share* |
| **6AM-12MID** | | | | | |
| KYW (CBS) | 4.51 | 13.6 | | 4.10 | 16.3 |
| WCAU (NBC) | 3.75 | 11.2 | | 3.65 | 14.5 |
| WHYY (PBS) | 0.91 | 2.7 | | 0.76 | 3.0 |
| WPHL (WB) | 1.02 | 3.0 | | 0.71 | 2.8 |
| WPPX (PAX) | 0.52 | 1.6 | | 0.42 | 1.7 |
| WPSG (UPN) | 1.42 | 4.3 | | 0.91 | 3.6 |
| WPVI (ABC) | 8.28 | 24.9 | | 6.77 | 26.9 |
| WTXF (FOX) | 1.94 | 5.8 | | 1.44 | 5.7 |
| WUVP (Univision) | 0.61 | 1.8 | | 0.08 | 0.3 |
| WWSI (Telemundo) | 0.09 | 0.3 | | 0.00 | 0.0 |
| | 23.04 | 69.2 | | 18.84 | 74.9 |

## Cable TV

| Monday-Sunday | AQH | | | NMR Meter/Diary | |
|---|---|---|---|---|---|
| | Rating | Share* | | Rating | Share* |
| **6AM-12MID** | | | | | |
| A&E | 0.85 | 2.6 | | 0.57 | 2.3 |
| ANIMAL PLANET | 0.19 | 0.6 | | 0.09 | 0.4 |
| BET | 0.15 | 0.4 | | 0.06 | 0.2 |
| CN8 | 0.10 | 0.3 | | 0.02 | 0.1 |
| CNN | 0.91 | 2.7 | | 0.59 | 2.3 |
| COURT TV | 0.31 | 0.9 | | 0.12 | 0.5 |
| CSN | 0.90 | 2.7 | | 0.51 | 2.0 |
| DISCOVERY | 0.40 | 1.2 | | 0.17 | 0.7 |
| ESPN | 0.55 | 1.6 | | 0.38 | 1.5 |
| ESPN2 | 0.22 | 0.6 | | 0.08 | 0.3 |
| ETV | 0.23 | 0.7 | | 0.05 | 0.2 |
| FX | 0.20 | 0.6 | | 0.09 | 0.4 |
| HEADLINE NEW | 0.13 | 0.4 | | 0.01 | 0.0 |
| HISTORY CHAN | 0.60 | 1.8 | | 0.28 | 1.1 |
| LIFETIME | 0.96 | 2.9 | | 1.25 | 5.0 |
| MSNBC | 0.39 | 1.2 | | 0.23 | 0.9 |
| MTV | 0.11 | 0.3 | | 0.01 | 0.0 |
| NICKELODEON^ | 0.49^ | 1.5 | | 0.20 | 0.8 |
| TBS | 0.72 | 2.1 | | 0.48 | 1.9 |
| TLC | 0.26 | 0.8 | | 0.22 | 0.9 |
| TNN | 0.18 | 0.6 | | 0.07 | 0.3 |
| TNT | 0.96 | 2.9 | | 0.69 | 2.7 |
| TRAVEL CHANNEL | 0.05 | 0.2 | | 0.03 | 0.1 |
| VH1 | 0.08 | 0.2 | | 0.00 | 0.0 |
| WEATHER CHAN | 0.33 | 1.0 | | 0.12 | 0.5 |
| | 10.27 | 30.8 | | 6.31 | 25.1 |
| **Total Encoded TV** | 33.31 | 100.0 | | 25.15 | 100.0 |

* Share among encoded outlets only; shares calculated on the basis of AQH Persons projections.

**WARNING:**
All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience
estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of
these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.
The outlets and all their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
^ Nickelodeon was properly encoding its signal for 80-99% of the days in this survey period. Estimates include all days in this survey period, both
properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

ARB 00937

# EXHIBIT "8"



# Media Outlets Encoding

Following is a list of the outlets, sorted by media type, that are encoding their signals. The percentage of time properly encoding during the April-August 2002 survey period (March 28 – September 4) impacts their inclusion in the estimates (see "Reporting Criteria").

| Cable Outlet Name | Percent of Time Encoding | | | | | |
|---|---|---|---|---|---|---|
| | April (3/28-4/24) | May (4/25-5/22) | June (5/30-6/26) | July (7/11-8/7) | August (8/8-9/4) | Outside of Survey Periods |
| A&E | 100% | 100% | 100% | 100% | 100% | 100% |
| Animal Planet | <80% | <80% | 100% | 100% | 100% | 100% |
| BET | 100% | 100% | 100% | 100% | 100% | 100% |
| CN8 | 100% | 100% | 100% | 100% | 100% | 100% |
| CNN | 100% | 100% | 100% | 100% | 100% | 100% |
| Court TV | <80% | 100% | 100% | 100% | 100% | 100% |
| CSN | 100% | 100% | 100% | 100% | 100% | 100% |
| Discovery | 100% | 100% | 100% | 100% | 100% | 100% |
| E! Entertainment | 100% | 100% | 100% | 100% | 100% | 100% |
| ESPN | 100% | 100% | 100% | 100% | <80% | 100% |
| ESPN2 | 100% | 100% | 100% | 100% | 100% | 100% |
| FX | 100% | 100% | 100% | 100% | 100% | 100% |
| Golf Channel | <80% | <80% | <80% | <80% | 100% | <80% |
| Headline News | 100% | 100% | 100% | 100% | 100% | 100% |
| History Channel | 100% | 100% | 100% | 100% | 100% | 100% |
| Lifetime | 100% | 100% | 100% | 100% | 100% | 100% |
| MSNBC | 100% | 100% | 100% | 100% | 100% | 100% |
| MTV | 100% | 100% | 100% | 100% | 100% | 100% |
| NICK | 100% | 100% | 100% | 80-99% | 100% | 100% |
| TBS | 100% | 100% | <80% | 100% | 100% | 100% |
| TLC | <80% | <80% | <80% | 100% | 100% | 100% |
| TNN | 100% | 100% | 100% | 100% | 100% | 100% |
| TNT | 100% | 100% | 100% | 100% | 100% | 100% |
| Travel Channel | <80% | <80% | <80% | 100% | 100% | 100% |
| VH1 | 100% | 100% | 100% | 100% | 100% | 100% |
| Weather Channel | 100% | 100% | 100% | 100% | 100% | 100% |

| Television Outlet Name | | Percent of Time Encoding | | | | | |
|---|---|---|---|---|---|---|---|
| | | April (3/28-4/24) | May (4/25-5/22) | June (5/30-6/26) | July (7/11-8/7) | August (8/8-9/4) | Outside of Survey Periods |
| KYW-TV | CBS | 100% | 100% | 100% | 100% | 100% | 100% |
| WCAU-TV | NBC | 100% | 100% | 100% | 100% | 100% | 100% |
| WGTW-TV | Ind. | <80% | <80% | <80% | <80% | 100% | <80% |
| WHYY-TV | PBS | 80-99% | 100% | 100% | 100% | 100% | 100% |
| WPHL-TV | WB | 100% | 100% | 100% | 100% | 100% | 100% |
| WPPX-TV | Pax | 100% | 100% | 100% | 100% | 100% | 100% |
| WPSG-TV | UPN | 100% | 100% | 100% | 100% | 100% | 100% |
| WPVI-TV | ABC | 100% | 100% | 100% | 100% | 100% | 100% |
| WTXF-TV | Fox | 100% | 100% | 100% | 100% | 100% | 100% |
| WUVP-TV | Univision | 100% | 100% | 100% | 100% | 100% | 100% |
| WWSI-TV | Telemundo | 100% | 100% | 100% | 100% | 100% | 100% |

**Reporting Criteria**

**100%**
The outlets and all of their components were properly encoding their signal for 100% of the days in this survey period.

**80-99%**
This outlet or one and/or all of its components was properly encoding its signal for 80-99% of the days in the selected survey period. Estimates include all days in the selected survey period, both properly encoding days and days the outlet or one and/or all of its components was not properly encoded.

**<80%**
This outlet or one and/or all of its components was properly encoding its signal for less than 80% of the days in the selected survey period and therefore did not meet reporting criteria. No estimates are provided.

When an outlet or one and/or all of its components is properly encoding its signal for less than 80% of the selected survey period, no estimates are provided. All exposures to the outlet are counted, however, and will be included in the determination of Persons Using Measured Media (PUMM). As a result, a user may note that total AQH and PUMM do not always match.

**PUMM**
PUMM numbers for the July survey period may have changed slightly due to updates as a result of newly encoded stations.

ARB 01004

# Television Ranker

**Time Period:** Th-We 5A-5A
**Survey:** April 02 (3/28-4/24) - Dates Int
03/28/2002 to 04/24/2002
**Target:** P 6+
**Geography:** Philadelphia-DMA

**Population:** 7006200
**In-Tab:** 1083
**Percent of Population:** 100.0


**PPM**Data — PORTABLE PEOPLE METER

**ARB 01006**

| Station | Program Time | Metric | | | | | |
|---|---|---|---|---|---|---|---|
| WPHL-TV WB | Th-We 5A-5A | Rating | 1.4 | 1.4 | 1.2 | 1.2 | 1.3 |
| n.a. | | Shr% | 6.0 | 6.0 | 5.6 | 5.4 | 5.9 |
| | | AVG Daily Cume% | 26.9 | 26.4 | 24.9 | 25.5 | 26.1 |
| | | AVG Daily Cume# | 1881939 | 185011 | 1741219 | 1788263 | 1826372 |
| | | In-Tab | 1083 | 1099 | 1134 | 1082 | 1087 |
| WPSG-TV UPN | Th-We 5A-5A | Rating | 1.3 | 1.3 | 1.2 | 1.2 | 1.3 |
| n.a. | | Shr% | 5.5 | 5.5 | 5.5 | 5.6 | 5.6 |
| | | AVG Daily Cume% | 23.0 | 23.5 | 22.4 | 23.1 | 22.7 |
| | | AVG Daily Cume# | 1610129 | 164347 | 1570510 | 1615576 | 1587193 |
| | | In-Tab | 1083 | 1099 | 1134 | 1082 | 1087 |
| WUVP-TV UNI | Th-We 5A-5A | Rating | 0.3 | 0.3 | 0.2 | 1.0 | 0.2 |
| n.a. | | Shr% | 1.3 | 1.1 | 1.0 | 1.0 | 1.1 |
| | | AVG Daily Cume% | 2.6 | 2.6 | 2.6 | 2.2 | 2.8 |
| | | AVG Daily Cume# | 183126 | 180013 | 1787229 | 156079 | 194463 |
| | | In-Tab | 1083 | 1099 | 1134 | 1082 | 1087 |
| WWSI-TV TEL | Th-We 5A-5A | Rating | 0.0* | 0.0* | 0.1 | 0.1 | 0.1 |
| n.a. | | Shr% | 0.0* | 0.2 | 0.1 | 0.1 | 0.1 |
| | | AVG Daily Cume% | 0.9* | 1.2 | 0.3 | 0.3 | 0.4 |
| | | AVG Daily Cume# | 66086* | 87553 | 86427 | 96865 | 117930 |
| | | In-Tab | 1083* | 1099 | 1134 | 1082 | 1087 |
| WHYY-TV PBS | Th-We 5A-5A | Rating | 0.5* | 0.5 | 0.4 | 0.5 | 0.5 |
| n.a. | | Shr% | 2.1* | 2.2 | 1.8 | 2.2 | 2.4 |
| | | AVG Daily Cume% | 11.7* | 12.4 | 10.2 | 12.4 | 12.8 |
| | | AVG Daily Cume# | 822414* | 865435 | 711751 | 860053 | 899640 |
| | | In-Tab | 1083* | 1099 | 1134 | 1082 | 1087 |
| WPPX-TV PAX | Th-We 5A-5A | Rating | 0.7 | 0.2 | 0.7 | 0.2 | 0.7 |
| n.a. | | Shr% | 0.2 | 0.6 | 0.7 | 0.8 | 0.2 |
| | | AVG Daily Cume% | 4.7 | 4.4 | 4.7 | 4.8 | 4.6 |
| | | AVG Daily Cume# | 331139 | 307654 | 329656 | 334176 | 323521 |
| | | In-Tab | 1083 | 1099 | 1134 | 1082 | 1087 |
| WCAU-TV NBC | Th-We 5A-5A | Rating | 3.2 | 3.6 | 3.2 | 2.4 | 2.2 |
| | | Shr% | 13.6 | 15.1 | 14.2 | 10.6 | 9.8 |
| | | In-Tab | 1083 | 1099 | 1134 | 1082 | 1087 |

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

(c) 2002 Arbitron Inc.   Help Line # : 1-866-776-8300 24/7.   Powered by MarkData Technology

ARBITRON

PPM Data

PORTABLE PEOPLE METER

# Television Ranker

Time Period: Th-We 5A-5A
Survey: April 02 (3/28-4/24) – Dates Inf 03/28/2002 to 04/24/2002)
Target: P 6+
Geography: Philadelphia-DMA

Population: 7005200
In-Tab: 1083
Percent of Population: 100.0

| | | | | | | |
|---|---|---|---|---|---|---|
| n.a. | AVG Daily Cume% | 45.9 | 48.7 | 44.3 | 39.8 | 38.4 |
| | In-Tab | 3217221 | 3410012 | 3100687 | 2790416 | 2686673 |
| | | 1083 | 1099 | 1134 | 1082 | 1087 |
| **WGTW-T IND** | Th-We 5A-5A | | | | | |
| n.a. | Rating | ** | ** | ** | ** | 0.3 |
| | Shr% | ** | ** | ** | ** | 1.2 |
| | AVG Daily Cume% | ** | ** | ** | ** | 8.1 |
| | AVG Daily Cume# | ** | ** | ** | ** | 570918 |
| | AVG Daily Cume# | ** | ** | ** | ** | 1087 |
| **WTXF-TV FOX** | Th-We 5A-5A | | | | | |
| n.a. | Rating | 1.8 | 1.9 | 1.7 | | 1.8 |
| | Shr% | 7.9 | 8.1 | 7.7 | 7.4 | 8.2 |
| | AVG Daily Cume% | 34.4 | 35.3 | 33.2 | 33.7 | 35.1 |
| | AVG Daily Cume% | 2407038 | 2476016 | 2326030 | 2363807 | 2457682 |
| | AVG Daily Cume# | 1083 | 1099 | 1134 | 1082 | 1087 |
| **KYW-TV CBS** | Th-We 5A-5A | | | | | |
| n.a. | Rating | 2.3 | 2.5 | 2.1 | 2.0 | 2.3 |
| | Shr% | 10.1 | 10.5 | 9.4 | 8.9 | 10.0 |
| | AVG Daily Cume% | 39.4 | 40.0 | 36.7 | 36.6 | 38.0 |
| | AVG Daily Cume# | 2761328 | 280051 | 2570036 | 2564420 | 2564159 |
| | In-Tab | 1083 | 1099 | 1134 | 1082 | 1087 |
| **WPVI-TV ABC** | Th-We 5A-5A | | | | | |
| n.a. | Rating | 3.9 | 3.9 | 3.7 | 3.7 | 3.6 |
| | Shr% | 17.1 | 16.6 | 16.6 | 16.3 | 16.1 |
| | AVG Daily Cume% | 51.4 | 51.2 | 48.8 | 49.0 | 49.0 |
| | AVG Daily Cume# | 3598960 | 358482 | 3416460 | 3429296 | 3430426 |
| | In-Tab | 1083 | 1099 | 1134 | 1082 | 1087 |

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.



ARBITRON

ARB 01007

Page:

# Television Ranker

Time Period: Th-We 5A-5A
Survey: April 02 (3/28-4/24) - Dates Int
03/28/2002 to 04/24/2002

Target: P 6+

Geography: Philadelphia-DMA

Population: 7005200
In-Tab: 1083
Percent of Population: 100.0

WARNING: All Arbitron audience estimates are confidential, proprietary to, and copyrighted by Arbitron Inc. The audience estimates and accompanying data in this Report are intended for internal business and analysis purposes only. Any use of these estimates and data for the buying, planning and/or selling of media time is strictly prohibited.

The outlets and all of their components were properly encoding their signal for 100% of the days in this survey period, unless otherwise noted.
* This outlet or one and/or all of its components properly encoded and therefore did not meet reporting criteria. No estimates are provided.
# This outlet or one and/or all of its components was properly encoding its signal for 80-99% of the days in
^ This outlet or one and/or all of its components was properly encoding its signal for less than 80% of the days in the selected survey period. Estimates include all days in the selected survey period, both properly encoded
~ This outlet or one and/or all of its components was not properly encoded.
+ This outlet or one and/or all of its components was properly encoding its signal for less than 80% of the days in the selected survey period. Estimates include all days in the selected survey period.
@ This analysis can not be provided due to less than 30 intab. Estimates based on a sample size of less days and days the outlet or one and/or all of its components was properly encoded.
* This analysis can not be provided due to less than 30 intab.
than 30 are considered unstable.

(c) 2002 Arbitron Inc. Help Line #: 1-866-776-8300 24/7.    Powered by MarkData Technology

PPM Data
PORTABLE PEOPLE METER


ARBITRON

Page:

ARB 01008

# EXHIBIT "9"

Subject: Update from Arbitron on the Portable People Meter

At the Arbitron Radio Advisory Council Meeting that is being held near Los Angeles, Arbitron is outlining its current plans for the development of the Portable People Meter. I am sending you this email to give you the same information we are sharing with the representatives of our radio station customers.

As we move forward with the development of the Portable People Meter, there are a number of factors that are guiding our decisions:

- The radio industry has asked for more time and more information in their evaluation of our new audience measure technology
- Both Arbitron and Nielsen wish to pursue additional research with the goal of improving response rates
- The television industry has requested additional research and development

While we are constantly fine-tuning the optimum development schedule, Arbitron's commitment to the Portable People Meter has not wavered. We are also determined to fulfill the goals and objectives of the research program that we announced to the industry in July. We remain steadfast in our commitment to:

- A side by side test of the PPM using "twin" panels
- A test of the PPM in an Hispanic market
- Other research initiatives such as an economic impact study, and examination of morning drive, additional lifestyle research, engineering tests and a dual television meter panel test
- Our joint venture with Nielsen Media Research
- And ultimately, deployment of the PPM to measure radio and television audiences in local markets in the United States.

After running the current ratings panel in Philadelphia for close to a year, it is time to move on to the next stage of research and testing. Here's a summary of our planned next steps in the Portable People Meter development program.

Throughout the first half of 2003, we will carry out a series of methods tests and research in Philadelphia. These tests will include in-panel coincidental research to investigate among other things, the early morning use of PPM. We will also test a number of marketing research applications of PPM as well as mount a major response rate test with 200 new households or 450 persons. The response rate research includes a test of a new sample design that will allow us to determine the impact of higher response rates on compliance, ratings, and cost.

Changing the focus of our efforts in Philadelphia means that, after the conclusion of the Fall 2002 radio survey and the November 2002 television survey, Arbitron will no

longer use the current Philadelphia panel to produce regular releases of "currency-type" radio and television audience ratings which can be compared to existing audience measures. (Note that the release PPM ratings from the fourth quarter of 2002 will take place into the first quarter of 2003.)

The timing and sequence of events for the second half of 2003 depend on a number of factors: the success of our response rates research, a satisfactory outcome from lifestyle research, television-related research, continued support of radio broadcasters, broadcast and cable television outlets, agencies and advertisers, and meaningful progress on Nielsen joint venture discussions.

Once we refine the PPM sampling methodology through our response rate research, we plan to use that methodology to build the first of the twin panels in the second half of 2003 and the second of the twin panels in the first half of 2004.

We have not yet decided if we will stage the twin panels in Philadelphia or in a different market, one with a significant Hispanic population. Using a Hispanic market for the twin panel test would allow us to integrate the Hispanic research test and the twin panel test into a single coordinated effort. There is also a possibility that the Hispanic test will be conducted independently of the twin panel test. Of course, Nielsen will participate in these decisions, which we hope we can make by the end of the first half of 2003.

With all the additional research that will have preceded the deployment of the twin panels, we are confident that these panels will demonstrate the validity and utility of the Portable People Meter for once and for all. Whether in Philadelphia or in another market, the twin panels could well be the foundation on which we build the first PPM market in the commercial deployment of the Portable People Meter in the United States.

To make that a reality, we know we have a lot to do to win the support of broadcasters, agencies and advertisers as well as secure the participation of our potential joint venture partner, Nielsen Media Research. You can count on us to redouble our efforts to bring the industry this significant improvement in the quality of media research.

# EXHIBIT "10"



# PORTABLE PEOPLE METER



Summary of Results to Date
and
Arbitron's Strategic Plans

ARBITRON

May 20, 2002

ARB 00634



ARBITRON

# Presentation Agenda

- Arbitron's Vision of the Future & the need for the PPM System

- Portable People Meter (PPM) System Overview
  Technology, Encoding, Panelist Communication Program

- Wilmington (2001) Results
  Panel cooperation & compliance, Radio & TV AQH Rating comparisons, Arbitron Learnings, Conclusions

- Philadelphia (2002) Marketwide Roll-out
  Deployment Plans, Outlet Level release schedule, PPM Application

- Arbitron's Long Term Strategic Plan

ARB 00635



ARBITRON



# Our Vision of Future and the Role of PPM

- TV viewing will be increasingly outside the home

- TV viewing is highly personal: Households are less relevant

- Proliferation of media appliances will continue

- Explosion of media choices combined with consolidation of ownership suggests need for single-source multimedia measurement

## Enter: PPM

ARB 00636



ARBITRON

# ARBITRON PPM
## Critical Development Milestones

- **1990**    Arbitron creates Advanced Media Measurement Lab

- **1992**    First PPM Prototype invented at Arbitron

- **1994-1997**    25 Technology tests

- **1998-2000**    Manchester, UK 300 panel

- **2001**    Wilmington, DE 300 panel

- **2002**    Phila. PPM Panel is installed

ARB 00637



ARBITRON

# The PPM Television Report Card

- Reliable, Unbiased Local market Information

- Personal
  *Personal Media Monitor*
  *Demonstrated higher ratings for men and younger demos*

- Portable
  *Capture the elusive out of home exposure*

- Passive
  *Complete record of exposures*

- Single source multimedia
  *Cross platform selling*
  *Cross media promotion*

- Robust sample sizes
  *For more precise targeting*



ARB 00638





ARB 00639



# Current Generation PPM Hardware



Encoder

Personal Meter

Data Collection (Modem) Unit

Personal Recharger

ARB 00640



**ARBITRON**



PPM Panelists' Delivery Package

ARB 00641





ARB 00642

# △ ARBITRON

# Panelist "Three Compliance Rules"

## Keep Your Meter with You

There are three simple parts:



**1** A Personal Meter is given to each member of your household six years old or older. You simply wear or keep your Personal Meter with you wherever you go. It picks up a special silent signal broadcast with the radio and TV transmissions.

The Personal Meter can be clipped to your belt, another piece of clothing or a purse, or worn in a variety of other convenient ways.

## Keep the Green Light On.



**2** A Personal Meter Recharging Unit is placed in the bedroom of each household member. This unit recharges the Personal Meter and collects your listening and viewing information.

When you go to bed, you'll place the Personal Meter into its recharging unit so all your radio listening and TV viewing will be counted every day. This unit also lets us know how many hours you wore your Personal Meter that day. This lets you earn points which equal cash gifts!

## Recharge your meter at Bedtime



**3** The Collection Unit sends your household's information to Arbitron's main collection computer through a special toll-free telephone line once each day. The whole process takes only a few seconds late at night, so you won't even know it's happening. Your household's information is combined with data from many other households for a total picture of what's being listened to and watched in your area.

*That's all you need to do!*

## Keep the Personal Meter with you:



*At home*



*In your car*



*At work*



*Even on a picnic*

## Note! PPM keeps working while in the dock or at rest.

ARB 00643





**ARBITRON**

# Wilmington PPM 2001
*Objectives*

- Would sixty plus Radio, Broadcast TV & Cable TV media outlets encode their signal?

- Would the PPM technology work as planned?

- Could we recruit and retain a representative panel?

- Would the panel members comply and cooperate?

- Would the ratings results make sense in explaining similarites & differences in results with both of the existing Arbitron & Nielsen Sevices?

ARB 00644



# ARBITRON

## Wilmington PPM 2001
*Media Outlet Cooperation*



- **68 Media Outlets Encoded**
  - » All 38 radio stations online
  - » All 8 local TV stations online
  - » 22 of 25 Cable Networks online

ARB 00645



# △ ARBITRON

# Wilmington PPM 2001
*Panel Results*

300 Person Panel installed on 3/19/01

63% Telephone enumeration completion rate

45% Recruitment agree rate

84% Self-install success rate

ARB 00646

# ARBITRON

## Wilmington PPM 2001
### Undocking and Docking Times were consistent for weekdays & weekends



October 2001, All Qualified Panelists, Median Times

**Undock Time**

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|-----|-----|-----|-----|-----|-----|-----|
| 7:02 AM | 6:59 AM | 6:59 AM | 7:04 AM | 7:07 AM | 8:30 AM | 8:12 AM |

**Dock Time**

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|-----|-----|-----|-----|-----|-----|-----|
| 10:59 PM | 10:59 PM | 10:52 PM | 11:03 PM | 11:25 PM | 11:42 PM | 10:58 PM |

18 Plus Hours Per Day

ARB 00647



# TV Estimate Comparisons

## Wilmington March-October 2001

ARBITRON

ARB 00648



# ARBITRON

## Wilmington PPM 2001
### October Hour-by-Hour TV AQH PUT Ratings for Encoded Outlets





_Difference due to PPM capturing Out of Home_

_Viewership and posting higher ratings with young adult demos_

———— PPM   – – – Nielsen Phil DMA

**Wilmington Metro (PPM) and Nielsen Philadelphia DMA Persons 6+, October 2001, Monday-Sunday, 5am-5am Local Broadcast and Cable TV combined**

ARB 00649



**ARBITRON**

# Wilmington PPM 2001

## PPM and Existing AQH Ratings for Encoded Outlets - May, July & October

*Persons 12+, Mon-Sun, Midnight-Midnight*

| AQH % | | May-01 | | Jul-01 | | Oct-01 | |
|---|---|---|---|---|---|---|---|
| | | PPM | Existing | PPM | Existing | PPM | Existing |
| Radio | | 9.1 | 9 | 10.3 | 10.1 | 9.5 | 8.9 |
| Broadcast | | 11.9 | 10.9 | 9.9 | 8.8 | 11.5 | 11.3 |
| Cable TV | | 2.1 | 1 | 4.6 | 2.1 | 4.6 | 2 |
| Combined | | 23.1 | 20.9 | 24.8 | 21 | 25.6 | 22.2 |

ARB 00650



# ARBITRON

# Wilmington PPM 2001
## PPM Shows Higher PUT Ratings for Men, Women & Key Demo Groups vs. Existing TV Method



| DEMO | PPM | Nielsen |
|---|---|---|
| 6-17 | 9.6 | 5.1 |
| 18-34 | 11.5 | 8.7 |
| 35-54 | 12.5 | 11.2 |
| 55+ | 21.4 | 18.4 |
| Men 18+ | 14.4 | 10.5 |
| Women 18+ | 14.9 | 14.5 |

*AQH PUT, May 2001, Monday-Sunday, Mid-Mid*

ARB 00651



Wilmington PPM 2001
PPM vs Meter-Diary Estimates
Average Quarter Hour Ratings

ARBITRON

12+, Mon-Sun, 0000-0000

Broadcast TV

May: PPM 11.9, Meter/Diary 10.9
July: PPM 9.9, Meter/Diary 8.8
October: PPM 11.5, Meter/Diary 11.3

Legend:
- PPM
- Meter/Diary

ARB 00652



△ ARBITRON

# Wilmington PPM 2001
*Conclusions*

- Media outlets encoded
- Consumers cooperated, with no evidence of panel fatigue
- Ratings results made sense and trended over three major comparison periods
- Plans are in place to improve HH cooperation rates
- Media data editing rules are simple, logical
- Commence Philadelphia DMA Deployment 1/1/02

ARB 00653





**Philadelphia**
DMA Roll-Out 2002



ARBITRON

ARB 00654



△ ARBITRON

# Philadelphia Marketwide Roll-out
*Panel Targets*

- Telephone enumeration completion rate (70%)

- Recruitment agree rate (50%)

- Self-install success rate (90%)

- The overall goal is a bona-fide household response rate through installation above 30% -- which is an excellent level by historical meter panel standards.

ARB 00655



# Philadelphia Marketwide Rollout
*Built 1500 Person Panel in Three Months*



- Panel Installation Benchmarks
- January 31        769  P6+ panelists
- February 18     1100 P6+ panelists
- March 31         1500 P6+ panelists

ARB 00656



# ARBITRON

## Phila. DMA Panel Performance
### (as of 04/01/02)

| Control Variable Classes | Installed | % | % Diff off Universe | Universe Estimate |
|---|---|---|---|---|
| Adlts Emp FT: 0 | 196 | 29% | -0.5 | 30% |
| Adlts Emp FT: 1 | 264 | 40% | 0.7 | 39% |
| Adlts Emp FT: 2+ | 208 | 31% | 0.3 | 31% |
| Nmbr TVs: 0-1 | 145 | 22% | 0.7 | 22% |
| Nmbr TVs: 2-3 | 373 | 56% | 2.1 | 54% |
| Nmbr TVs: 4+ | 150 | 23% | -1.4 | 24% |
| Ethnicity: Black | 109 | 16% | -0.5 | 17% |
| Ethnicity: Hispanic | 32 | 5% | -0.4 | 5% |
| Ethnicity: Other | 527 | 79% | 0.9 | 78% |
| Rcptn Type: Cable/Sat | 579 | 87% | -0.2 | 87% |
| Rcptn Type: W/out Cable/Sat | 89 | 13% | 0.2 | 14% |

ARB 00657



**A R B I T R O N**

# PPM PHILADELPHIA TV REPORT
## First Station-level Estimates
*(Feb 28 - March 27, 2002)*

- Formal Release to Market Tuesday May 21

- Results are consistent with previous PPM releases

- Television AQH full week ratings are higher than comparable meter/diary estimates.

ARB 00658



# △ ARBITRON

# PPM Philadelphia DMA
*TV Data Release Schedule*

- **April:** First Phila.release to outlets
  *Distribution by medium, broad dayparts, limited demos*

- **May :** March Sweep, February 28-March 27
  *Station Level, multiple Dayparts & Demos, comparable NMR data: Excel delivery.*

- **June:** May Sweep, April 25- May 22
  *Station Level, standard Dayparts & Demos, hourly breakouts,comparable NMR data: Excel delivery. First release to agencies is 4 weeks after release to stations*

- **June:** PPM Analytic tool delivered

- **July->:** Monthly data releases.
  *Data available via Arbitron Analytic Tool Third Party Processors.*

ARB 00659





ARBITRON

# PPM Philadelphia DMA
*TV Data & Analytic Tools Release Plans*

- Daily Overnights
- Multi-Media Ratings, Share, Cume Information
  *Radio,*
  *Cable Networks*
  *Broadcast Stations*
- Local Multi-Media Optimizer
- MediaData Integration with Retail Monitor

ARB 00660



△ ARBITRON

# Local Broadcast TV
## Business Opportunities from PPM Insights



- ### Reliable Multi-Media information
  *Should positively impact Client packaging, News & Syndie Show promotion, Programming Decisions and Station Marketing*

- ### Increase Involvement with Advertisers
  *Marketing opportunities with single source measurement of TV linked to other media: Streamed/Internet usage, Actual Retail traffic via In Store Audio Services, Outdoor*

- ### Improved Audience Analytics
  *Tracking audience flow and multi-media reach & frequency of campaigns*

- ### Cross platform packaging options

ARB 00661



# ARBITRON



# Improved Measurement will benefit

## our
## collective businesses

- **1-** Consistent sample frame with a more stable universe for posting = fewer make-goods, and more inventory to sell.

- **2-** Passive measurement means unbiased results.

- **3-** Electronic measurement means finer level of data capture.

- **4-** Multi-media data. More efficiently/cost-effectively use radio to promote programming, as well as better understand media habits.

ARB 00662



ARBITRON

# Improving our collective businesses



- **5-** Out-of-home **Television measurement means more complete ratings.  Especially for sports and other event programming (Football & Baseball games, etc).**

- **6-** Higher confidence in electronic media.  **Possibility of higher advertising budgets for TV and Radio.**

- **7-** Intelligence on Station Primary Viewers should **Positively impact Station & Program promotions and Syndicated Program decisions**

- **8-** User-friendly analysis tool.

ARB 00663



# ARBITRON



## Arbitron PPM Service
### *Long Term Strategic & Deployment Plans*

- Contingent with Nielsen JV
  *Solo means slower deployment*

- 3-4 major markets added in 2003
  *Enumeration to begin 4Q 2002*

- Business plan calls for up to 100 markets by 2008

ARB 00664



Thank you!
Your Questions & Comments

ARBITRON

ARB 00665

# EXHIBIT "11"

COPY

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
- - - - - - - - - - - - - - - - - - - - - - -

BRUNSON COMMUNICATIONS, : CIVIL ACTION
INCORPORATED         :
Plaintiff,           :
                     :
    vs.              :
                     :
ARBITRON, INCORPORATED :
Defendant     : NO. 02-CV-3223

- - -
Philadelphia, Pennsylvania
November 7, 2002
- - -

Deposition of KEVIN SMITH,
held in the LAW OFFICES of SUGARMAN &
ASSOCIATES, The Robert Morris Building,
100 North 17th Street, 11th Floor, at 12:30
p.m., before Erica Hearn, Professional
Shorthand Reporter and Notary Public.

********
Certified Shorthand Reporting Services
Arranged Through
- - -
DEBRA G. JOHNSON & ASSOCIATES
800 Joshua Court
Moorestown, NJ 08057
1-856-778-1758
FAX 1-856-778-7890
DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

**2**

APPEARANCES:

SUGARMAN & ASSOCIATES
BY:  ROBERT SUGARMAN, ESQUIRE
The Robert Morris Building
100 North 17th Street, 11th Floor
Philadelphia, PA 19103

    Attorney for Plaintiff

OSTROLENK, FABER, GERB & SOFFEN, LLP
BY:  ALFRED R. FABRICANT, ESQUIRE
1180 Avenue of the Americas
New York, NY 10036-8403

    Attorney for Defendant

ABRITRON, INCORPORATED
Executive Vice President
Legal & Business Affairs
Chief Legal Officer
BY: DOLORES L. CODY, ESQUIRE
9705 Patuxent Woods Drive
Columbia, MD 21046-1572

    In-House Counsel for Arbitron,
Incorporated

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

**3**

I N D E X

| KEVIN SMITH | PAGE |
| --- | --- |
| By Mr. Sugarman | 18 |
| By Mr. Fabricant | 70 |

E X H I B I T S

| MARKED | DESCRIPTION | PAGE |
| --- | --- | --- |
| P-1 | PPM Summary of Results to Date and Arbitron's Strategic Plans | 16 |
| P-2 | Suggest Next Steps Page | 48 |
| P-3 | One page letter (Exhibit P-3 retained by counsel) | 64 |
| P-4 | 5\16\02 Letter | 65 |
| P-5 | Arbitron Inc. PPM Data Evaluation Agreement | 80 |

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

**4**

1           - - -
2           (It is agreed by and between
3      counsel that sealing, filing and
4      certification are hereby waived and
5      all objections, except as to the
6      form of the question, are reserved
7      until the time of trial)
8           - - -
9           KEVIN SMITH, having been
10     duly sworn, was examined and
11     testified as follows:
12          - - -
13  BY MR. SUGARMAN:
14  Q.      Mr. Smith, my name is Robert
15  Sugarman.
16          I represent the plaintiff in
17  this litigation, Brunson Communications,
18  Incorporated.
19          You are aware of litigation
20  against Arbitron, Incorporated, and I am
21  taking this deposition of you as an
22  individual, and is he also the designated
23  representative for Arbitron?
24          MR. FABRICANT:  Let me make

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 866-778-7890

17

1  you another document marked 634
2  through 665 and I will ask you if
3  you are familiar with that
4  document?
5       THE WITNESS: Yes.
6       MR. SUGARMAN: Is that
7  related to your power point
8  presentation?
9       THE WITNESS: Yes, it is,
10 sir.
11      MR. SUGARMAN: Let's start
12 with that document then.
13      MR. FABRICANT: Do you want
14 to mark that?
15      MR. SUGARMAN: Yes.
16      We will have it marked as
17 Plaintiff's Exhibit 1.
18      MR. SUGARMAN: Can you tell
19 me what Plaintiff's Exhibit 1 is?
20      THE WITNESS: Is that
21 question to me, sir?
22      MR. SUGARMAN: Yes.
23      THE WITNESS: Yes; this is
24 the presentation that was given at

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

18

1  the Pennsylvania Association of
2  Broadcasters.
3       MR. SUGARMAN: Who prepared
4  that?
5       THE WITNESS: I prepared the
6  majority of the screens.
7       There are screens or pages
8  that are used by all Arbitron
9  executives in presenting PPM.
10      Since I represent TV and
11 cable, there were some specific
12 screens that I prepared.
13      MR. SUGARMAN: Could you go
14 through it one by one and tell us
15 which screens you prepared?
16      MR. FABRICANT: Do you want
17 him to tell you which screens he
18 did not prepare?
19      MR. SUGARMAN: Either way,
20 which ever is easier for you.
21      MR. FABRICANT: Identify it
22 by the document number at the
23 bottom.
24      THE WITNESS: ARB00647.

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

19

1       MR. SUGARMAN: Is one that
2  you did not prepare?
3       THE WITNESS: No; I did
4  prepare this.
5       MR. SUGARMAN: Okay, go
6  ahead.
7       THE WITNESS: 00648.
8       These are the documents I
9  prepared.
10      MR. SUGARMAN: Okay, good.
11      THE WITNESS: 00649, 00650,
12 00654, 00656, 00658, 00659, 00660,
13 00661, 00664, 00665.
14            - - -
15 CONTINUATION
16 BY MR. SUGARMAN:
17 Q.     What was the meeting on May 20th,
18 2002?
19 A.     The meeting was the Pennsylvania
20 Association of Broadcasters, which is an
21 organization comprised of television
22 stations, radio stations, in the State of
23 Pennsylvania.
24      It was their annual

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

20

1  convention or conference held up in Hershey.
2  Q.     Were you a scheduled speaker on the
3  agenda?
4  A.     Yes.
5  Q.     How many people were present at
6  your presentation?
7  A.     Approximately, 50.
8  Q.     Did you just make the one
9  presentation at that meeting?
10 A.     Yes, sir.
11 Q.     How did you use your power point in
12 making that presentation?
13 A.     It was actually the focal point of
14 my presentation.
15      Are you asking about the
16 format?
17 Q.     Let me ask a leading question, as
18 we call them, to make it shorter.
19      You used that as your cue
20 cards that you spoke somewhat
21 extemporaneously; in other words, you did not
22 limit yourself to the words on those
23 documents?
24      MR. FABRICANT: Object to

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

21

1   the form of the question.
2         You can answer the question
3   any way you want to.
4         MR. SUGARMAN: Yes,
5   absolutely, answer any way you
6   want.
7         THE WITNESS: I used the
8   presentation really as the primary
9   focus and communication about the
10  Portable People Meter; so, my
11  comments were primarily reads or
12  highlights of screens.
13         - - -
14  CONTINUATION
15  BY MR. SUGARMAN:
16  Q.     Did you use complete sentences?
17  A.     I would say I used complete
18  sentences the majority of the time.
19  Q.     Do you know whether anybody from
20  WGTW, the plaintiff, Brunson, was present?
21  A.     Yes; I know there was a
22  representative.
23  Q.     How do you know that?
24  A.     I was told that subsequently.

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

22

1   Q.     By whom?
2   A.     By a representative from our
3   company.
4   Q.     You did not know it at the time?
5   A.     No, sir.
6   Q.     Did you make a tape or other
7   verbatim record of what you said?
8   A.     I had some summary comments of my
9   recollection from that meeting.
10  Q.     How were they recorded?
11  A.     How were they recorded?
12  Q.     Yes.
13         Did you write them down or
14  did you dictate them in a tape?
15  A.     I just wrote them down.
16  Q.     When did you write them down?
17  A.     I wrote them down the day after.
18  Q.     Why did you write them down the day
19  after?
20  A.     Just as a summary of my
21  communication because I make presentations
22  throughout --
23  Q.     Was that after you were told by
24  another representative of your company that a

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

23

1   GTW person had been present?
2   A.     Oh, no.
3   Q.     Didn't you learn that a GTW
4   representative had been present at your
5   meeting the same day or the day after?
6   A.     I learned not that day, the day
7   after or the day following that.
8   Q.     Isn't that why you wrote notes?
9   A.     Why?
10  Q.     Because you were told that a GTW
11  person had been present and it was suggested
12  to you or you determined yourself that it
13  would be a good idea to write down a version
14  of what you said?
15         MR. FABRICANT: Object to
16  the form.
17         You can answer.
18         THE WITNESS: I wrote down
19  notes because, as I said, two
20  reasons.
21         One is in presentations to
22  clients, if I get questions, or how
23  the meeting goes, I write down some
24  notes periodically, but I did get

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

24

1   notice that there was objection
2   from someone at GTW about my
3   presentation.
4         MR. SUGARMAN: What was the
5   objection that you were given?
6         MR. FABRICANT: Before you
7   answer that, I just want to direct
8   you that any communications you had
9   with counsel about that meeting,
10  including Arbitron's in-house
11  counsel, if that was the source of
12  any communication, then you should
13  not answer the question.
14         You should first identify
15  that this was the substance of
16  conversations between yourself and
17  counsel.
18         If, on the other hand, it
19  was conversations with non-lawyers
20  at Arbitron, then you are free to
21  answer the question.
22         THE WITNESS: The
23  conversation was specifically with
24  counsel.

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

**25**

1  MR. FABRICANT: I will
2  direct you not to reveal the
3  substance of your communications
4  with counsel.
5  MR. SUGARMAN: I believe I
6  am entitled to the information as
7  to what information he received
8  concerning the complaint that was
9  made about his presentation.
10  MR. FABRICANT: I don't
11  believe you are entitled to the
12  substance of the communications
13  between counsel and Mr. Smith at
14  all.
15  You can ask him the names of
16  individuals he spoke to and the
17  substance is to be revealed. I am
18  not going to allow him to testify
19  to the substance of attorney/client
20  communications.
21  I don't know what
22  conversations he had with
23  non-counsel or with counsel, but if
24  he testifies his conversations were

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

**26**

1  with counsel, he is not going to
2  testify as to the substance of the
3  communication.
4  - - -
5  CONTINUATION
6  BY MR. SUGARMAN:
7  Q.    Who did you have conversations with
8  where you were given information as to what
9  was said?
10  A.    My conversation was with counsel,
11  Pat O'Donnell, who is Arbitron's counsel.
12  Q.    Did you initiate the conversation
13  or did counsel initiate the conversation?
14  A.    Counsel initiated the conversation.
15  Q.    Do you have a copy of your notes of
16  what you wrote down after that conversation?
17  A.    Do I have a copy with me?
18  Q.    Yes.
19  A.    No, sir.
20  Q.    Do you have it anywhere?
21  A.    Do I have it anywhere?
22  Q.    Yes.
23  In other words, does it
24  still exist?

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

**27**

1  A.    The document exists, yes.
2  MR. SUGARMAN: I would
3  request that that document be
4  produced within the scope of the
5  Judge's Order.
6  MR. FABRICANT: I believe if
7  that document was prepared at the
8  request of counsel, then it would
9  be an attorney/client communication
10  and we would assert the
11  attorney/client privilege over that
12  document.
13  - - -
14  CONTINUATION
15  BY MR. SUGARMAN:
16  Q.    What did you state at the meeting
17  of May 20th regarding the survey or summary
18  of results to date?
19  MR. FABRICANT: Object to
20  the form.
21  You can answer.
22  MR. SUGARMAN: Specifically.
23  THE WITNESS: What I stated
24  was, first of all, an overview of

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

**28**

1  the PPM system and the fact that we
2  were going to be releasing top line
3  data, as we call it, the next day;
4  so, I stated that Arbitron had come
5  into Philadelphia and we had begun
6  getting data from our panelists and
7  we were about to get our first
8  release out to the market place.
9  - - -
10  CONTINUATION
11  BY MR. SUGARMAN:
12  Q.    What did you say, if anything,
13  about the accuracy or representativeness of
14  the data?
15  Let's start with the
16  accuracy first.
17  A.    Because it is a panel and because
18  of the fact that it was a sample of the
19  population, I didn't make any comments on
20  accuracy.
21  What I said was that we
22  build our sample and our panel to be
23  representative of the population, in this
24  particular case, the Philadelphia DMA, the

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

29

1  designated market area.
2  Q.      Did you say that the data was
3  representative of the viewership?
4  A.      What I said is that we build a
5  panel which is representative of the
6  population and the population demographics as
7  far as viewership.
8  Q.      Did you say anything about the
9  representativeness or the quality of the
10  data?
11  A.      My only comment was that the panel
12  was built to be representative of the
13  population. As far as comments on the data,
14  there was no data available; so, no comments
15  on the particular data.
16  Q.      Did you say anything in form or
17  substance to suggest that the data was good
18  quality data that would be issued in regard
19  to that survey?
20  A.      No; my comment was not related to
21  the quality of the data because this was a
22  test and still is.
23          My comment wasn't about the
24  quality. My comment was that Arbitron was

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

30

1  coming into the market place and the
2  information we were about to release was our
3  first release and we would continue to
4  release information and review it and analyze
5  it until we determined to stop the
6  Philadelphia point.
7  Q.      Did you state that the data was
8  reliable and accurate and with integrity?
9  A.      I did not state that the data was
10  accurate. I said that the system, the PPM
11  system, was proven to be reliable and I said
12  that Arbitron is a company that has integrity
13  behind it, 50 years of history in media
14  research, but my comments were not related to
15  data.
16  Q.      Did you have any communications
17  with Arbitron prior to your May 20th
18  presentation?
19          MR. FABRICANT:  Object to
20          the form of the question.
21          I don't know what
22          conversations or communications
23          with Arbitron.
24          MR. SUGARMAN:  Did I say

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

31

1  Arbitron?
2          MR. FABRICANT:  Yes.
3          MR. SUGARMAN:  I am sorry.
4  I meant Channel 48, Brunson.
5          Did you have any
6  communications with Brunson prior
7  to your May 20 presentation?
8          THE WITNESS:  Yes, sir.
9                  - - -
10  CONTINUATION
11  BY MR. SUGARMAN:
12  Q.      With whom at Brunson did you
13  communicate?
14  A.      I spoke with John Duffin at
15  Brunson, WGTW.
16  Q.      How did that conversation come
17  about?
18  A.      John Duffin contacted Arbitron
19  regarding the PPM service and wanting to
20  participate in the test that Arbitron was
21  conducting.
22  Q.      When did he contact Arbitron?
23  A.      The 17th of April.
24  Q.      What response did you make to them?

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

32

1  A.      My response was that I appreciated
2  his call and that I would get back to him as
3  far as how quickly we could get them involved
4  with our test.
5  Q.      Did you explain to him why Channel
6  48 was not already included?
7  A.      I did communicate that with him.
8  Q.      What was the reason?
9  A.      The reasons were that this was a
10  test and it was designed to provide Arbitron
11  information both on television and radio
12  station listening and it was a test also that
13  would evolve and we would add stations over
14  time and, as I said to him, we would be
15  responsive to him once I was able to find out
16  how quickly we could get our encoder at the
17  station.
18  Q.      Did you tell him why GTW had not
19  been included theretofore?
20  A.      I told him that as far as including
21  them, that it was a decision on the part of
22  Arbitron based upon our equipment, the
23  encoders we have and at a point in time when
24  we could physically get to the station, we

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

37

1  Q.        That particular presentation,
2  right.
3  A.        The answer to your question is, I
4  am looking for a particular screen as far as
5  the stations. No, not specific numbers of
6  stations.
7          I did comment that this
8  presentation was an overview of PPM, there
9  would be data being released and we would be
10 adding stations throughout the test; so, my
11 comment was that Arbitron's goal was to add
12 stations over time to be able to provide more
13 thorough information or more information on
14 stations that have actual viewership or
15 listenership in the marketplace.
16 Q.        Where is that statement, that you
17 are going to be adding stations over time,
18 which page is that on?
19 A.        I am saying that I made a comment.
20 Q.        How do you know you made that
21 comment?
22 A.        I recall.
23 Q.        Is that reflected in your notes?
24          MR. FABRICANT: I object to

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

39

1  Q.        When you say, "based upon," what do
2  you mean by that?
3  A.        I had communications, as I
4  mentioned, from our counsel.
5  Q.        Right.
6  A.        I just wrote down some notes, just
7  my recall of the meeting.
8  Q.        Where are they now, the notes?
9  A.        Where are they?
10 Q.        Yes.
11 A.        The notes would be in a hard copy
12 file. I would have to locate them.
13 Q.        In your office?
14 A.        In my office?
15 Q.        Yes.
16 A.        They would be in my office.
17          MR. SUGARMAN: I would
18 request they be produced.
19          MR. FABRICANT: Again, they
20 are notes prepared at the request
21 of counsel and he has communicated
22 it to counsel and they are no
23 different than an oral
24 communication and I assert the

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

38

1          the question. I reassert the
2          attorney/client privilege over his
3          written communications to his
4          counsel.
5                  - - -
6  CONTINUATION
7  BY MR. SUGARMAN:
8  Q.        You said before you prepared the
9  notes so that you would have notes of what
10 transpired.
11 A.        Actually, if I might interrupt,
12 what I said was that when I make
13 presentations, I periodically will put notes
14 down to help me hopefully improve my
15 presentations, just to give you an example.
16 Q.        For what purpose were these notes
17 made?
18 A.        The notes for?
19 Q.        This May 20th presentation that
20 were made after the presentation?
21 A.        The notes were made, again, for the
22 purpose of, one, helping me improve my
23 presentation, and, secondly, just based upon
24 the communication I had from our counsel.

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

40

1          attorney\client privilege.
2          MR. SUGARMAN: In your
3  presentation of May 20th, you state
4  on the cover, page 634, the words,
5  "Summary of results to date."
6          Was that something that you
7  did in that presentation; did you
8  summarize the results to date?
9          THE WITNESS: Yes.
10                 - - -
11 CONTINUATION
12 BY MR. SUGARMAN:
13 Q.        They had not been released yet?
14 A.        The first release of Philadelphia
15 data had not been released.
16 Q.        So, when you summarized the results
17 to date, what did you do; did you give out
18 numbers; did you speak in qualitative terms;
19 how did you summarize the results to date?
20 A.        I summarized the results in
21 different pieces.
22          One is I talked about where
23 we stood in terms of building our panel in
24 Philadelphia. I talked about the results

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

45

1  that the data that would be released was not
2  to be used for packaging for presentations.
3          My comments here were
4  opportunities in the future with PPM if the
5  service ultimately became the accepted
6  measurement system for the Philadelphia
7  market, for other markets.
8  Q.      How do you remember that you said
9  that, that they should not use this data?
10 A.      Because in my presentations to TV
11 stations or to cable clients, we made it
12 adamantly clear, in fact, we made the
13 stations, the cable systems, sign contracts
14 that the data would not be used for
15 presentation of ratings information because
16 this was a test; it still is.
17         Arbitron was looking to
18 understand the information to see how our
19 technology was working.  So, we made it very
20 clear and it was made very clear to me from
21 management, senior management, that this
22 information would not be used by the media.
23 Q.      When you refer to senior
24 management, who are you talking about?

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

46

1  A.      My manager.
2  Q.      Who is your manager?
3  A.      Marshall Snyder.
4  Q.      What is his title?
5  A.      He is president of Portable People
6  Meter.
7  Q.      How do you know that stations are
8  not using the information for client
9  packaging?
10         MR. FABRICANT:  Object to
11         the form of the question.
12         You can ask him if he knows
13         one way or the other.
14         He has told you what
15         instructions were given.
16         MR. SUGARMAN:  That is what
17         I really asked him, but I will
18         rephrase it.
19         MR. FABRICANT:  Does he know
20         if everybody in the whole world is
21         doing it?
22         MR. SUGARMAN:  Do you know
23         whether or not stations are using
24         it for client packaging?

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

47

1          MR. FABRICANT:  In breach of
2  their contracts, do you know?  Do
3  you have a basis to know one way or
4  the other?
5          THE WITNESS:  No; I don't
6  know.
7          I can only tell you what I
8  communicate to the stations and the
9  fact that they have contracts that
10 they have signed with us.
11                 ---
12 CONTINUATION
13 BY MR. SUGARMAN:
14 Q.      Have you taken any steps to verify
15 your recollection of your May 20th
16 presentation with anybody else who was
17 present?
18 A.      No, sir.
19 Q.      Do you know if anybody else has, if
20 anybody has obtained any other recollections
21 or versions of what transpired?
22 A.      No, sir.
23 Q.      Do you know if anybody has made any
24 tape or other verbatim or record of what was

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

48

1  said?
2  A.      No, sir.
3  Q.      Do you know if anybody has made any
4  other summary of what was said?
5  A.      No, sir.
6  Q.      Turning to page 664, the Long Term
7  Strategic & Deployment Plans, the first
8  bullet is "Contingent with Nielsen JV.  Solo
9  means slower deployment."
10         What does "Contingent with
11 Nielson JV" mean?
12 A.      What that means is that Nielsen has
13 an option to work with Arbitron on a joint
14 venture that we would deploy the PPM service
15 into markets throughout the US, and
16 contingent upon their decision and when,
17 would determine the deployment time lines.
18 Q.      Is it true that Nielsen is already
19 participating on a research basis, that this
20 is a joint research project?
21 A.      That is correct.
22 Q.      What is the nature of Nielsen's
23 participation at the present time?
24 A.      Nielsen's participation is a

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

49

1  financial investment and providing
2  information from the Philadelphia market on
3  their ratings data since they are the
4  provider of ratings data to the television
5  stations.
6  Q.        I am looking at a document that has
7  been Bates marked by Arbitron as 83 through
8  116.
9            115 says, "Complete Joint
10 Nielsen/Arbitron Research studies - what
11 accounts for the differences."
12           Can you explain what that
13 is?
14           MR. FABRICANT:  I am going
15 to ask you if you are reading from
16 a document, to show him the
17 document instead of taking a
18 sentence out of context and to see
19 if he can identify the document,
20 has he ever seen it before, what is
21 the basis for it, any knowledge.
22           MR. SUGARMAN:  You can
23 answer Mr. Fabricant's questions
24 first and then answer mine, if you

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758 FAX 856-778-7890

50

1  can.
2            THE WITNESS:  I have
3  knowledge of the presentation.
4            To answer your question,
5  complete joint Nielsen/Arbitron
6  research studies, the statement,
7  what that means is that Arbitron,
8  as part of our working with
9  Nielsen, is going and is analyzing
10 this data and we look at everything
11 from the size of the sample to as
12 noted here, the viewing, the
13 exposure versus viewing, because,
14 again, this was a test.  This is a
15 technology that Arbitron developed.
16 We continue to work with Nielsen
17 just from a standpoint of analyzing
18 the information and looking at some
19 of these variables.
20                 - - -
21 CONTINUATION
22 BY MR. SUGARMAN:
23 Q.        Is WHYY included in the sweep data
24 at this point, WHYY, Channel 12?

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758 FAX 856-778-7890

51

1  A.        Channel 12 is included in the data.
2  Q.        I am looking at a presentation to
3  WHYY dated July 15th, Arbitron bates number
4  281 through 306.
5            Did you make that
6  presentation to WHYY?
7  A.        No, sir, I did not.
8  Q.        Do you know who did?
9  A.        Yes, I do.
10 Q.        Who did?
11 A.        The presentation was made by Rich
12 Tunkel.
13 Q.        How is Rich Tunkel related to you?
14 A.        Rich Tunkel works for me.
15           MR. SUGARMAN:  I am showing
16 you bates number 306, which I will
17 ask be marked as Plaintiff's
18 Exhibit 2, which is a part of that
19 presentation.
20           Item No. 3 says,
21 "Communicate your questions to
22 Arbitron & Nielsen."
23           What does that refer to?
24           THE WITNESS:  What that

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

52

1  refers to is that the questions
2  that come up related to Nielsen
3  rating information, Arbitron can't
4  answer those questions.  So, we
5  urged the stations to communicate
6  specifically if they had questions
7  related to Nielsen information to
8  speak specifically to Nielsen if
9  they had questions about our
10 service, comments, recommendations
11 for us to consider, because, again,
12 this was a test.  It was being
13 worked on; it has been worked on
14 for several years.  We have always
15 asked for the feedback of the
16 stations and that's what we
17 encourage them.
18           MR. SUGARMAN:  Those
19 documents refer to form the joint
20 venture, I think, 4th quarter of
21 '02 or the earliest, 4th quarter of
22 '02.
23           That was in that other one
24 there.

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

73

1  Q.    I see, but you are referring
2  specifically to that you have added outlets
3  based on marketplace feedback; so, I would
4  like to know what exact precise marketplace
5  feedback you got that caused you to add
6  outlets at the time you wrote this letter?
7  A.    As I said, the feedback, the
8  specific feedback, in this particular letter,
9  would be, as I said, related to GTW and
10 specific a cable network that we looked at
11 adding in the marketplace.
12 Q.    What cable network was that?
13 A.    You will see that the stations that
14 we are encoding, like, for instance, USA
15 Networks, Fox News Channel, as noted in
16 there, they are not included, but the
17 feedback that we got is that as we continued
18 to work in the marketplace, talked to media
19 folks, to become aware of the stations that
20 are being considered by ad agencies or by
21 cable companies in the marketplace. That's
22 all.
23 Q.    Do you remember any specific
24 marketplace feedbacks that you got that you

74

1  were referring to there?
2  A.    Not specific feedback.
3      It is just ongoing work that
4  we would do as part of working in the
5  marketplace, just talking about PPM and
6  talking with stations and cable networks.
7  That is all.
8  Q.    Did you consider in P-1 whether to
9  include a bullet stating that the system was
10 only partially covering at this stage?
11     MR. FABRICANT:  Object to
12 the form.
13     You can answer.
14     MR. SUGARMAN:  That's the
15 May 20th presentation.
16     Did you consider whether to
17 include such a statement?
18     THE WITNESS:  I did not
19 consider including it in this
20 presentation, if that is your
21 particular question.
22     MR. SUGARMAN:  That is my
23 particular question.  Right.
24     MR. SUGARMAN:  I have some

75

1  questions about the encoding of
2  Channel 48.
3      I think they are outside the
4  scope of the Judge's Order.  I
5  don't want to be perceived as
6  giving up my chance to pursue those
7  in discovery in the future.
8      MR. FABRICANT:  There may be
9  discovery.  Clearly, it is a
10 limited discovery Order.
11     So, it is clearly
12 contemplated that there would be
13 other discovery if you are allowed
14 to take it; so.
15     MR. SUGARMAN:  If I am
16 allowed to take it.  Exactly.
17     That's all I have then.
18     MR. FABRICANT:  I just have
19 a few questions to clarify some
20 things, Mr. Smith.
21     THE WITNESS:  Okay.
22                 - - -
23 EXAMINATION
24                 - - -

76

1  BY MR. FABRICANT:
2  Q.    You were asked by Mr. Sugarman
3  whether you know whether any of the stations
4  that have signed those agreements not to use
5  the data for commercial purposes, have, in
6  fact, used the data for commercial purposes.
7      Do you remember that?
8  A.    Yes, I do, sir.
9  Q.    You testified you don't know within
10 your knowledge base what people have done in
11 violation of their agreement; is that
12 correct?
13 A.    That is correct, sir.
14 Q.    I have a more specific question.
15 Has anyone ever reported to you,
16 affirmatively, that stations are, in fact,
17 out there using the data commercially?
18 A.    No.
19 Q.    Has anyone ever complained to you
20 that commercial use of the data was
21 happening, even though it is in breach of
22 your contract?
23 A.    No, sir.
24 Q.    As you understand the nature of

77

1 this program, if you received such a
2 complaint, would Arbitron take action?
3 A.      Yes; it would be in breach of the
4 agreements that the stations have signed.
5 Q.      You were asked some questions by
6 Mr. Sugarman about Nielsen's role in this
7 project.
8            To your knowledge, did
9 Nielsen have any role in the actual
10 technological development of the PPM?
11 A.      No.
12 Q.      Did Nielsen play any role in
13 selecting whose stations should be encoded?
14 A.      No, sir.
15 Q.      Did Nielsen play any role in
16 actually physically helping to get those
17 stations encoded?
18 A.      No, sir, not at all.
19 Q.      Did Nielsen and does Nielsen play
20 any roles in the decoding of the data?
21 A.      No, sir.
22 Q.      Does Nielsen play any role in the
23 compilation of the data?
24 A.      No, sir.

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

78

1 Q.      Does Nielsen play any role in the
2 processing of the PPM data?
3 A.      No, sir.
4 Q.      Does Nielsen play any role in
5 making presentations to the marketplace about
6 the attributes or deficiencies of the PPM
7 system?
8 A.      No, sir.
9 Q.      Does Nielsen do, to your knowledge,
10 any marketing whatsoever of the PPM program?
11 A.      No.
12 Q.      Does Nielsen do anything other than
13 what you have testified to earlier, which is
14 they provide their own Nielsen data as a base
15 of comparison for the PPM testing?
16           MR. SUGARMAN: I am going to
17      object because that question does
18      not accurately characterize --
19           MR. FABRICANT: Let me
20      withdraw it and let me be more
21      precise and take it in steps.
22           With respect to research, I
23      believe Mr. Sugarman asked you
24      about whatever Nielsen's research

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

79

1 activities were.
2           On the research side, does
3 Nielsen, to your knowledge, do
4 anything other than provide their
5 own Nielsen data as a basis for
6 comparison.
7           THE WITNESS:  That's what
8 Nielsen provides.  To my knowledge,
9 that's what we use.
10             ---
11 CONTINUATION
12 BY MR. FABRICANT:
13 Q.      Other than the financial
14 contribution, is there anything else that
15 Nielsen does that you are aware of in
16 connection with PPM?
17 A.      No.
18 Q.      In connection with the meetings
19 that you have testified you had on an ongoing
20 basis with television stations, station
21 managers, I believe you testified to, has any
22 person associated with a television station
23 or broadcaster who has been encoded ever have
24 any conversations with you about the subject

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

80

1 of whether WGTW should or should not be
2 encoded?
3 A.      No.
4 Q.      Has anyone from any television
5 broadcast station involving the Philadelphia
6 test ever suggested to you in any way, shape
7 or form that Channel 48, WTGW, should not be
8 encoded?
9 A.      No.
10 Q.      Has anyone ever asked you not to
11 put an encoder on?
12 A.      No.
13 Q.      Has anyone ever asked you to take
14 the encoder out of that station?
15 A.      No.
16 Q.      Has anyone from any television or
17 any broadcast station ever asked you not to
18 record data from WGTW?
19 A.      No.
20 Q.      Has any of your staff, including
21 Mr. Turkel, who you have also testified was
22 involved with these stations, reported to you
23 that such requests have been made by any
24 broadcaster in connection with the

DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

81

1  Philadelphia test?
2  A.      No.
3  Q.      In connection with your association
4  with the Arbitron Company, does Arbitron, to
5  your knowledge, ever affirmatively represent
6  to the marketplace, whether it is radio or
7  television, that their data is accurate?
8  A.      No.
9          MR. FABRICANT:  I have
10  nothing further.
11         MR. SUGARMAN:  You have
12  given me a few things to get into.
13                  - - -
14  CONTINUATION
15  BY MR. SUGARMAN:
16  Q.      You had testified that commercial
17  use of the product is limited or prohibited.
18         You agree that you are
19  encouraging people to use the product in
20  other ways other than what you call
21  commercial use?
22         MR. FABRICANT:  I would just
23  object to the form of the question.
24  I also would object it is outside
DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

82

1  of the scope of my questions to
2  Mr. Smith.
3          MR. SUGARMAN:  It is well
4  within the scope; it is well within
5  the scope.
6          MR. FABRICANT:  I object in
7  any event to the form of the
8  question.  I don't think it is
9  clear.
10         Go ahead.
11         MR. SUGARMAN:  Could you
12  answer the question, then.  Isn't
13  Arbitron encouraging people to use
14  the data in ways that does not
15  characterize as commercial?
16         MR. FABRICANT:  Object to
17  the form.
18         You can answer, if you
19  understand.
20         THE WITNESS:  I am not sure
21  what you mean by commercial.
22         MR. SUGARMAN:  Well, you
23  answered Mr. Fabricant's question
24  that you are not using it or you
DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

83

1  are instructing people not to use
2  it for commercial purposes.
3          MR. FABRICANT:  I did not
4  ask that question.
5          MR. SUGARMAN:  Yes.
6          You said are you aware of
7  any anybody that is using this data
8  commercially.
9          MR. FABRICANT:  I never
10  asked that question.
11         I asked him whether anybody
12  ever complained to him.
13         You asked the question
14  whether he was aware of anybody's
15  breaking their promise not to use
16  it commercially.
17         I asked him whether anybody
18  ever complained to him that that
19  was happening, notwithstanding the
20  contract.
21         That was what I asked him.
22         MR. SUGARMAN:  That's not my
23  notes, but I will accept your
24  statement.
DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890

84

1          My question is, has anybody
2  ever reported to you that anybody
3  is using the data for any purpose?
4          THE WITNESS:  For any
5  purpose, no.
6                  - - -
7  CONTINUATION
8  BY MR. SUGARMAN:
9  Q.      Has anybody ever told you they are
10  using the data?
11  A.      Using the data?
12  Q.      Yes, the sweeps, the sweep data.
13  A.      No; they are looking at the data.
14  Q.      Looking at it.
15         Didn't Arbitron tell people
16  that they could discuss it with clients?
17  A.      No, sir.
18  Q.      I am looking for my documentation;
19  I seem to have a very clear recollection of
20  reading that somewhere.
21         You are not aware of
22  Arbitron's telling recipients that they are
23  encouraged to use the data with clients, but
24  not as part of a presentation?
DEBRA G. JOHNSON & ASSOCIATES
856-778-1758  FAX 856-778-7890