**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
BRUNSON COMMUNICATIONS, INC.,      :
                         Plaintiff :
                                   :     NO. 02-CV-3223
         v.                        :
                                   :
ARBITRON, INC.,                    :
                         Defendant :
```

**O R D E R**

**ANDAND NOW** this _____ day of _____, 2003 upon Motion of plaintiff, and any response

**ITIT IS ORDEREIT IS ORDERED** tha that the Motion be and hereby is granted plaintiffplaintiff may amend the anti-trust counts of the Complaint, and may addadd additional claadd additional claims add additional claims of negligence underunder common law, in addition to adding additional facts to the present negligence and disparagement claims.

                _____

                          **J.**