IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
BRUNSON COMMUNICATIONS, INC.,    :
                    Plaintiff    :
                                 :    NO. 02-CV-3223
        v.                       :
                                 :
ARBITRON, INC.,                  :
                    Defendant    :
```

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff Brunson Communications, Inc., by and through counsel, moves for extension of time to file its Second Amended Complaint, and avers in support thereof as follows:

1. Pursuant to the Order issued by this Court on December 31, 2002, plaintiff's Second Amended Complaint is due January 21, 2003.

2. On January 15, 2003, Plaintiff filed a Motion for Reconsideration and Clarification in Part of the December 31 Order.

3. The disposition of plaintiff's Motion for Reconsideration and Clarification in Part will have a material impact on the contents of plaintiff's Second Amended Complaint.

4. For the foregoing reason, plaintiff needs an additional ten (10) days from the date of disposition of the Motion for Reconsideration and Clarification in Part in which to file its Second Amended Complaint.

**WHEREFORE,** plaintiff requests that this Honorable Court grant an extension such that the Amended Complaint will be due ten (10) days after the Motion for Reconsideration and Clarification in Part is decided.

_____
ROBERT J. SUGARMAN
Counsel for Plaintiff

OF COUNSEL:

SUGARMAN & ASSOCIATES
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA 19103
(215) 864-2500

Dated:  January 17, 2003