**CERTIFICATE OF SERVICE**

I,I, Robert J. Sugarman, certify that I have sent a copy of the foregoingforegoing Motion for Extension of Time to File Amended Complaint by facsimile and first class mail on this date to the following:

Alfred Fabricant, Esquire
Marc Lieberstein, Esquire
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, NY 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

David B. Picker, Esquire
Spector, Gadon & Rosen, P.C.
7 Penn Center
1635 Market Street, 7th Flr.
Philadelphia, PA  19103
Telephone: (215) 241-8897
Facismile: (215) 241-8844

_____
ROBERT J. SUGARMAN

Dated: January 17, 2003

F:\BRUNSON\Arbitron\Pleadings\cos.01.17.03.wpd