IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUNSON COMMUNICATIONS, INC.** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **ARBITRON, INC.** | : | NO. 02-CV-3223 |
| **Defendant** | : | |

### ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion for Extension of Time to File Amended Complaint,

IT IS HEREBY ORDERED that said Motion is GRANTED and the Plaintiff must file its Second Amended Complaint within ten (10) days of this Court's disposition of Plaintiff's Motion for Reconsideration and Clarification in Part.

BY THE COURT:

_____
J.