IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUNSON COMMUNICATIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARBITRON, INC. | : | No.: 02-3223 |

### AMENDED SCHEDULING ORDER

AND NOW, this 31st day of March, 2003, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Fact discovery deadline: September 30, 2003.

Pursuant to Rule 26(f), all parties appearing in this action are directed to confer concerning discovery if they have not already done so, but need not file a report with the Court. The discovery deadline means that, unless otherwise specified, all reasonably foreseeable fact and expert discovery must be served, noticed and completed by that date. Discovery may take place thereafter only by agreement of the parties, so long as the trial will not be delayed and trial preparation will not unreasonably be disrupted; provided however, that the Court will not entertain Motions to Compel discovery after the deadline date for the failure to serve timely the discovery or file such Motion before the deadline (absent a showing of good cause).

2. Exchange of expert reports pursuant to Rule 26(a)(2):

   Plaintiff:    October 17, 2003.

   Defendant:    October 31, 2003.

3. Expert depositions completed by:    November 14, 2003.

4. Report, by letter, to the court re: settlement: October 1, 2003.

Without disclosing any specific settlement position, counsel shall advise the court whether settlement discussions have taken place, and when the court should schedule a settlement conference.

5. Deadline for dispositive motions: November 28, 2003.

The moving party may file a reply brief within seven (7) days after service of the brief in opposition, limited to fifteen (15) pages and limited to arguments in the opposition brief.

6. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:    January 5, 2004.

    Defendant:    January 12, 2004.

7. Date for trial or entry into trial pool: January 19, 2004.

BY THE COURT:

_____
Michael M. Baylson, J

O:\Scheduling Orders\Brunson v. Arbitron - Amended Scheduling Order.wpd