IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

BRUNSON COMMUNICATIONS, INC.

      Plaintiff,

  v.

ARBITRON, INC.

      Defendant.

: Civil Action No.: 02-CV- 3223

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant Arbitron Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and any response thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE.**

                By the Court:

                _____
                MICHAEL M. BAYLSON, Judge
                United States District Court

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUNSON COMMUNICATIONS, INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 02-CV- 3223 |
| ARBITRON, INC. | : |
| Defendant. | : |

## MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)

Defendant, Arbitron, Inc. ("Arbitron"), by its counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to enter an order dismissing Plaintiff's Second Amended Complaint in its entirety with prejudice. The grounds in support of the motion are set forth in the accompanying memorandum of law.

Date: April 2, 2003

By: _David Picker_
David B. Picker, Esq.
SPECTOR, GADON & ROSEN, P.C.
Seven Penn Center,
1635 Market Street, 7th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 241-8888
Facsimile: (215) 241-8844

Alfred R. Fabricant, Esq.
Marc A. Lieberstein, Esq.
Douglas Q. Hahn, Esq.
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Defendant Arbitron, Inc.

00606680.1