## <u>CERTIFICATE OF SERVICE</u>

I,I, Heather R. Brinton, certify that I have sent a copy of the

foregoingforegoing Response toforegoing Response to Defendant's Motion tófor

mail on this date to the following:


Alfred Fabricant, Esquire
Marc Lieberstein, Esquire
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, NY 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888


David B. Picker, Esquire
Spector, Gadon & Rosen, P.C.
7 Penn Center
1635 Market Street, 7th Flr.
Philadelphia, PA  19103
Telephone: (215) 241-8897
Facismile: (215) 241-8844



_____
HEATHER R. BRINTON


Dated: April 30, 2003

F:\BRUNSON\Arbitron\Pleadings\cos.4.30.03.wpd