IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUNSON COMMUNICATIONS, INC.,         :
                          **Plaintiff** :
                                :    **NO. 02-CV-3223**
      v.                              :
                                :
ARBITRON, INC.,                        :
                          **Defendant** :

## **O R D E R**

**ANDAND NOW** this _____ day of _____, 2003 upon Motion of plaintiff, and any response

**ITIT IS ORDERED** that the Motion for Leave to Amend be and hereby is **GRANTED.**

 

                                                        _____

                                                                                **J.**