```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BRUNSON COMMUNICATIONS, INC.,        :
                        Plaintiff    :
                                     :     NO. 02-CV-3223
            v.                       :
                                     :
ARBITRON, INC.,                      :
                        Defendant    :
```

## O R D E R

**ANDAND NOW** this _____ day of _____, 2003 upon Motion of plaintiff, and any response

**ITIT IS ORDERED** that the Motion to C that the Motion to Compel be **GRANTED..** . The. The materials shall be maintained as confidential for this case only.

_____

**J.**