**CERTIFICATE OF SERVICE**

I, I, Heather R. Brinton, certify that I have sent a copy of the foregoingforegoing SupplementSupplement toSupplement to the Motion to Compel this date to the following:

>Alfred Fabricant, Esquire
>Marc Lieberstein, Esquire
>Ostrolenk, Faber, Gerb & Soffen, LLP
>1180 Avenue of the Americas
>New York, NY 10036
>Telephone: (212) 382-0700
>Facsimile: (212) 382-0888


>David B. Picker, Esquire
>Spector, Gadon & Rosen, P.C.
>7 Penn Center
>1635 Market Street, 7th Flr.
>Philadelphia, PA  19103
>Telephone: (215) 241-8897
>Facismile: (215) 241-8844


>_____
>HEATHER R. BRINTON

Dated: May 8, 2003