IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUNSON COMMUNICATIONS, INC., :
                               **Plaintiff** :
                                               :   NO. 02-CV-3223
         **v.**                                       :
                                               :
ARBITRON, INC.,                   :
                                 **Defendant** :

### O R D E R

**ANDAND NOW** this _____ day of _____, 2003 upon Motion of plaintiff, and any response

**ITIT IS ORDERED** that the Motion to Compel bas supplemented be andand hereby is **GRANTED.** The materials shall be maintained as confidential for this case only.

                                                                           _____

                                                                                           J.