IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUNSON COMMUNICATIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARBITRON, INC. | : | NO. 02-3223 |

## ORDER

AND NOW, this 10th day of June, 2003, it is hereby ORDERED that:

1. Plaintiff's Motion to Compel is DENIED, without prejudice; and

2. All discovery is stayed pending a status conference by telephone on July 8, 2003 at 4:30 p.m.

BY THE COURT:

MICHAEL M. BAYLSON, U.S.D.J.

O:\Orders - Civil\Brunson Order.2.wpd