IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUNSON COMMUNICATIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARBITRON, INC. | : | NO. 02-3223 |

## ORDER

AND NOW, this 10th day of June, 2003, it is hereby ORDERED that:

1. The Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED;

2. The Plaintiff's claim for Negligence is dismissed, with prejudice;

3. The Plaintiff's claim for Disparagement of Commercial Products is dismissed without prejudice to Plaintiff's right to file a Third Amended Complaint within twenty days; and

4. The Plaintiff's Motion for Leave to Amend is DENIED as moot.

BY THE COURT:

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL\02-3223 Brunson Commun. v. Arbitron\ORDER.Second Amended Complaint.wpd