IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUNSON COMMUNICATIONS, INC.,   :
                      Plaintiff :
                              :   NO. 02-CV-3223
      v.                           :
                                :
ARBITRON, INC.,                :
                      Defendant :

## NOTICE OF DISMISSAL

To the Clerk:

    KindlyKindly mark the above case dismissed pursuant toKindly ma 41(a)(1)(i).

 

                                              _____
                                              ROBERT J. SUGARMAN
                                              Counsel for Plaintiff

OF COUNSEL:

SUGARMAN & ASSOCIATES
11th Floor Robert Morris Building
100 North 17th Street
Philadelphia, PA  19103
215-864-2500

DATED:  June ___, 2003